COPY

1  FRANK FALZETTA, Cal. Bar No. 125146
   ffalzetta@sheppardmullin.com
2  SCOTT SVESLOSKY, Cal. Bar No. 217660
   ssveslosky@sheppardmullin.com
3  DAVID DWORSKY, Cal. Bar No. 272167
   ddworsky@sheppardmullin.com
4  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 43rd Floor
5  Los Angeles, California 90071-1422
   Telephone:  213-620-1780
6  Facsimile:   213-620-1398

7  Attorneys for Plaintiff
   LIBERTY INSURANCE CORPORATION

8

```
FILED
CLERK, U.S. DISTRICT COURT

DEC - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY
```

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11             EASTERN DIVISION – RIVERSIDE

12  LIBERTY INSURANCE            Case No.
    CORPORATION, an Illinois
13  Corporation,                 ED CV  12 - 02151 JLQ (OPx)

14              Plaintiff,       COMPLAINT FOR BREACH OF
                                 CONTRACT
15       v.

16  SOUTHWEST TRADERS,
    INCORPORATED, a California
17  Corporation,

18              Defendant.

19

20       Plaintiff Liberty Insurance Corporation ("Liberty") hereby complains

21  against defendant Southwest Traders, Incorporated ("Southwest Traders") and

22  alleges as follows:

23

24                   **JURISDICTION AND VENUE**

25       1.     This Court has jurisdiction over this action based upon complete

26  diversity of citizenship under 28 U.S.C. § 1332.  The amount in controversy,

27  exclusive of interest and costs, exceeds $75,000.

28

-1-

SMRH:407631603.1

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(a) and 1391(c), because (i) substantially all of the events or omissions giving rise to the claims asserted in this Complaint occurred in this judicial district and (ii) Southwest Traders' corporate headquarters are located in this judicial district.

## PARTIES

3.      Liberty is a company organized under the laws of the State of Illinois.  At all relevant times, Liberty has maintained its principal place of business in Boston, Massachusetts.  Liberty is licensed to transact the business of insurance in California and conducts operations throughout the United States.

4.      Liberty is informed and believes, and on that basis alleges, that Southwest Traders is a California corporation with its principal place of business in Riverside County, California.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract)

5.      Liberty provided Southwest Traders with workers' compensation insurance coverage for the period December 1, 2010 to December 1, 2011, under policy no. WC7-661-065726-010.  A true and correct copy of policy no. WC7-661-065726-010, including state-mandated notices, endorsements, and related agreements, is attached hereto as Exhibit "A" (the "Policy").

6.      Under the Large Risk Alternative Rating Option Plan endorsement attached to the Policy (the "Retrospective Rating Endorsement"), Liberty and Southwest Traders agreed that the premiums due under the Policy would be determined following the expiration of the policy period based on a retrospective premium formula outlined in the Retrospective Rating Endorsements.

-2-

7.     Pursuant to Section VI(B) of the Retrospective Rating Endorsement, Liberty and Southwest Traders agreed that Liberty would calculate the retrospective premium 6 months after the rating plan period ended and then annually thereafter.

8.     Pursuant to Part Five of the Policy and the Premium Due Date Endorsement, Southwest Traders agreed to pay all premiums due under the agreements.

9.     In accordance with the terms of the Policy and the Retrospective Rating Endorsement, on or about June 29, 2012, Liberty calculated and billed to Southwest Traders the first retrospective premium adjustment and assessments due under the Policy, which, after deducting various billing adjustment credits made on July 2, 2012, totaled $851,726.

10.     Southwest Traders currently owes Liberty $851,726 under the Policy.  Southwest Traders has failed and refused, and continues to refuse, to pay the amount due and owing to Liberty.

11.     Liberty has performed all of its material obligations under the Policy, except for those which have been excused, prevented or extinguished by Southwest Traders.

12.     Southwest Traders breached the Policy by, among other things, failing and refusing to pay Liberty $851,726.

13.     As a proximate result of Southwest Traders' breach of the Policy, Liberty has suffered monetary damages in the amount of at least $851,726.

-3-

1
2     WHEREFORE, Liberty prays for relief as follows:
3
4    1. For a money judgment in an amount to be proven at trial,
5      together with prejudgment interest according to proof;
6    2. For reasonable costs incurred herein; and
7    3. For such other and further relief as the court deems just and
8      proper.
9 Dated:  December 6, 2012
10      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
11
12     By _____
13        FRANK FALZETTA
14        SCOTT SVESLOSKY
         Attorneys for Plaintiff
15     LIBERTY INSURANCE CORPORATION
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:407631603.1

# EXHIBIT A

## POLICY CERTIFICATION FORM

RE:   NAMED INSURED:      SOUTHERN TRADERS INCORPORATED

      POLICY NUMBER:      WC7-661-065726-010

      EFFECTIVE DATES:      12-01-2010 TO 12-01-2011

[X]  I certify this is to be a true copy of the original policy issued.

[ ]  I certify this is to be a true copy of the original Declarations page issued.

[ ]  I certify this is to be a true copy of the original Uninsured/Underinsured Motor Rejection and/or the Personal Injury Rejection form(s).

[ ]  This policy was retrieved from Liberty Mutual's files and is Liberty Mutual's best current evidence of the policy.  Liberty Mutual, however, reserves the right to supplement or amend this policy should further or different terms, conditions, endorsements, or exclusions become known. Liberty Mutual does not acknowledge that this is a certified copy of the policy, or that it is the exact copy of the policy that was delivered to the insured.

LIBERTY MUTUAL RESERVES THE RIGHT TO FURTHER AMEND OR SUPPLEMENT THIS POLICY SHOULD ANY ADDITIONAL TERMS, CONDITIONS OR EXCLUSIONS COME TO OUR ATTENTION.

*Patricia Faunce*

Patricia Faunce, MGR-Commercial Markets
UW Support Operations
CMSO Consolidate Operations
Lewiston, Maine

Date:   11/09/2012

5



# COMMERCIAL POLICY

## WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY POLICY FOR

WC7-661-065726-010

Southwest Traders Incorporated
and as Per Named Insured Endorsement 1

27711 Diaz Rd
Temecula, CA 92590-3425

Liberty Mutual is the marketing name for the property and casualty insurance operations of Liberty Mutual Group Inc.  Products may be written in the following stock insurance company subsidiaries of Liberty Mutual Group Inc.:

Liberty Mutual Insurance Company
Liberty Mutual Fire Insurance Company
Liberty Insurance Corporation
LM Insurance Corporation
The First Liberty Insurance Corporation
Liberty Insurance Company of America
Liberty County Mutual Insurance Company
Wausau Business Insurance Company
Wausau General Insurance Company
Wausau Underwriters Insurance Company
Employers Insurance Company of Wausau

Not all products and coverages are available in all companies or jurisdictions.

WLOGO

© 2009 Liberty Mutual Group of Companies.  All rights reserved.

ISSUING OFFICE 031
**INFORMATION PAGE**



**LIBERTY MUTUAL.**

**Liberty Mutual Insurance Group/Boston**
Liberty Insurance Corporation                    21814

**Workers Compensation and Employers Liability Policy**

| ACCOUNT NO. | SUB ACCT NO. |
|---|---|
| 6-065726 | 0000 |

| POLICY NO. | TD/CD | SALES OFFICE | CODE | SALES REPRESENTATIVE | CODE | N/R | 1ST YEAR |
|---|---|---|---|---|---|---|---|
| WC7-661-065726-010 | 92/1 | LOS ANGELES, CA | 603 | | 8813 | 2 | 2008 |

Item 1. Name of    Southwest Traders Incorporated
Insured   and as Per Named Insured Endorsement 1

Address   27711 Diaz Rd
          Temecula, CA 92590-3425

FEIN 330191583

RISK ID 911301180

Status    Corporation

Other workplaces not shown above:   See Item 4

Item 2. Policy Period: From   Mo. 12  Day 01  Year 2010   to   Mo. 12  Day 01  Year 2011
12:01 am                 standard time at the address of the insured as stated herein.

Item 3. Coverage

  A.  Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:

      AZ CA CO GA NV OR TX

  B.  Employers Liability Insurance: Part Two of the policy applies to work in each state listed in item 3.A.  The limits of our liability under Part Two are:

      Bodily Injury by Accident  $ 1,000,000     each accident
      Bodily Injury by Disease   $ 1,000,000     policy limit
      Bodily Injury by Disease   $ 1,000,000     each employee

  C.  Other States Insurance: Part Three of the policy applies to the states, if any, listed here:

      All States except those listed in Item 3.A and the States of:
      ND OH WA WY

  D.  This policy includes these endorsements and schedules:   SEE EXTENSION OF INFORMATION PAGE

Item 4. Premium — The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit.

| Classifications | Code No. | Premium Basis Estimated Total Annual Remuneration | Rates Per $100 of Re-muneration | LINE 110 Estimated Annual Premiums |
|---|---|---|---|---|
| SEE EXTENSION OF INFORMATION PAGE | | | | |

Minimum Premium $ 1250   (CA)

Total Estimated Annual Premium $ 1,612,305

Interim adjustment of premium shall be made:  Annual

Deposit Premium  $ 1,612,305

This policy, including all endorsements issued therewith, is hereby countersigned by

Authorized Representative          Date 12/16/2010

| Loc. Code | Term. Oper. MM 12/16/2010 | Audit Basis 1 | Periodic Payment | Rating Basis R | Pol. H.G. | Home State CA | Dividend | Renewal Of WC7-661-065726-019 |
|---|---|---|---|---|---|---|---|---|

GPO 4036 R1

Copyright 1987 National Council on Compensation Insurance

WC 00 00 01 A

Liberty Insurance Corporation

Item 3. Coverage D - Extension of Information Page

## Miscellaneous Form and Endorsement Schedule

### Policy Notices and Applications

| Form Number | Form Name |
|---|---|
| BS 912 R3 | Notice of Election to Accept or Reject an Insurance Deductible for Georgia Workers Compensation Law |
| BS 965 R1 | Notice of Election to Accept or Reject an Insurance Deductible for Colorado Workers Compensation Law |
| GPO 4113 R1 | Workers' Compensation Disclosure Form - Important Notice to Policyholders |
| GPO 4170 R1 | Important Notice |
| GPO 4570 R7 | California Workers' Compensation Notice To Policyholders |
| GPO 4601 | Notice to Oregon Workers Compensation Insurance Policyholders |
| GPO 4614 R3 | California Notice to Policyholder |
| GPO 4740 | Colorado Notice to Policyholders |
| GPO 4750 | Georgia Notice |
| GPO 4844 | Oregon Insurance Guaranty Association Surcharge |
| GPO 4983 R1 | California Assessments and Surcharge |
| SNW 04 01 09 10 | California Insurance Guarantee Association (CIGA) Surcharge |
| GPO 4756 R4 | Liberty Mutual Workers Compensation, Group Benefits, and Helmsman Management Services, LLC Privacy Practices Disclosure Notice |
| SNW 04 02 07 10 | California Loss Control Services |
| SNW 36 01 07 10 | Oregon Loss Control Services |
| SNW 42 01 07 10 | Texas Loss Control Services |

### Policy Schedules

| Form Number | Form Name |
|---|---|
| WC 00 00 00 A | WC Company 7 Jacket (GPO 4035 R1) |
| WC 00 00 01 A | Information Page (1 YR) |
| GPO 4741 | Miscellaneous Form and Endorsement Schedule |
| PA 505 | Premium Summary Report by State |
| GPO 2923 | Item 4. Premium - Extension of Information Page |
| GPO 4162 R1 | Named Insured Link Schedule |

### Policy Endorsements

| Form Number | Form Name | End Serial No. | Comments |
|---|---|---|---|
| 102 | Name of Insured Endorsement | End. 1 | Expiring 1 |

Policy No. WC7-661-065726-010

GPO 4741
Ed.01/01/2001

Page 1

WC 00 00 01 A

Liberty Insurance Corporation

Item 3. Coverage D - Extension of Information Page

## Miscellaneous Form and Endorsement Schedule

Continued:

| Policy Endorsements |
|---|

| Form Number | Form Name | End Serial No. | Comments |
|---|---|---|---|
| 102 023 F | Knowledge and Notice of Occurrence Endorsement | End. 2 | 2 |
| WC 00 03 11 A | Voluntary Compensation and Employers Liability Coverage Endorsement | End. 3 | 3 |
| WC 00 03 13 | Waiver of Our Right to Recover From Others Endorsement | End. 4 | 4 |
| WC 00 04 14 | Notification of Change in Ownership Endorsement | End. 5 | 6 |
| WC 00 04 19 | Premium Due Date Endorsement | End. 6 | 7 |
| WC 00 04 21 C | Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement | End. 7 | 8 |
| WC 00 04 22 A | Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement | End. 8 | 9 |
| WC 00 05 16 | Retrospective Rating Plan Premium Endorsement - Large Risk Alternative Rating Option (LRARO) | End. 9 | New |
| WC 02 04 01 C | Arizona Alcohol- and Drug-Free Workplace Premium Credit Endorsement | End. 10 | 10 |
| WC 02 06 01 | Arizona Cancellation | End. 11 | 11 |
| WC 04 03 01 A | Policy Amendatory Endorsement - California | End. 12 | 12 |
| WC 04 03 05 | Voluntary Compensation and Employers Liability Coverage Endorsement - California | End. 13 | 13 |
| WC 04 03 17 | Endorsement Agreement Limiting and Restricting This Insurance: California - Employee Insured by General Employer Excluded | End. 14 | 14 |
| WC 04 03 60 A | Employers' Liability Coverage Amendatory Endorsement - California | End. 15 | 15 |
| WC 04 04 21 | Optional Premium Increase Endorsement - California | End. 16 | 17 |

Policy No. WC7-661-065726-010

Liberty Insurance Corporation

Item 3. Coverage D - Extension of Information Page

## Miscellaneous Form and Endorsement Schedule

Continued:

| Policy Endorsements | | | |
|---|---|---|---|
| Form Number | Form Name | End Serial No. | Comments |
| WC 04 06 01 A | California Cancelation Endorsement | End. 17 | 18 |
| WC 05 04 02 | Colorado Classification Endorsement | End. 18 | 19 |
| WC 05 04 03 | Colorado Premium Credit for Certified Risk Management Programs | End. 19 | 20 |
| WC 10 06 01 A | Georgia Cancelation, Nonrenewal and Change Endorsement | End. 20 | 21 |
| WC 27 06 01 C | Nevada Cancellation and Nonrenewal Endorsement | End. 21 | 22 |
| WC 36 03 01 | Oregon Unsafe Equipment Exclusion | End. 22 | 23 |
| WC 36 03 06 | Oregon Limits of Liability Endorsement | End. 23 | 24 |
| WC 36 04 06 | Oregon Premium Due Date Endorsement | End. 24 | 25 |
| WC 36 06 01 E | Oregon Cancellation Endorsement | End. 25 | 26 |
| WC 42 03 01 F | Texas Amendatory Endorsement | End. 26 | 27 |
| WC 42 04 07 | Texas - Audit Premium and Retrospective Premium Endorsement | End. 27 | 28 |
| WC 42 04 08 | Texas Health Care Network Endorsement | End. 28 | 29 |
| WC 99 03 04 | Notice of Cancellation | End. 29 | 30 |
| WC 99 04 35 | California Amendatory Endorsement | End. 30 | 31 |
| WC 99 06 57 | Colorado Cancellation Notice | End. 31 | 32 |
| WC 99 20 07 | Countersignature Endorsement - Nevada | End. 32 | New |
| WC 99 20 08 | Countersignature Endorsement - Arizona | End. 33 | New |

Policy No. WC7-661-065726-010

GPO 4741
Ed.01/01/2001

Page 3

WC 00 00 01 A

## State Premium Summary

| State | Payroll Exposure | Total Premium | Assessment & Surcharge |
|---|---|---|---|
| Arizona | 2,277,000 | 106,072 | 0 |
| California | 20,193,000 | 1,177,403 | 55,383 |
| Colorado | 385,000 | 16,546 | 0 |
| Georgia | 0 | 0 | 0 |
| Nevada | 140,000 | 7,277 | 0 |
| Oregon | 55,000 | 3,091 | 142 |
| Texas | 4,250,000 | 301,916 | 0 |
| Totals | 27,300,000 | 1,612,305 | 55,525 |

Policy No. WC7-661-065726-010
PA 505
Ed. 11/01/2001

Page No. 1

11

Item 4. Premium - Extension of Information Page

| Classification of Operations | Class Code | Premium Basis | Rate | Estimated Premium |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this item, do not modify any of the other provisions of this policy. | | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll - Per $100 | |
| **Arizona** | | | | |
| Tolleson: 1401 W Van Buren St 85353 | | | | |
| Store: Wholesale NOC | 8018 | 2,165,000 | 2.42 | 52,393 |
| Clerical Office Employees NOC | 8810 | 112,000 | .15 | 168 |
| Manual Premium | | | | $52,561 |
| Employers Liability Increased Limits Premium | 9812 | | .02 | 1,051 |
| Experience Modification(1.97 FNL) | 9898 | d) 53,612 | | |
| Modified Premium | | | | 52,004 |
| | | | | $105,616 |
| Standard Premium | | | | |
| | | | | $105,616 |
| Terrorism | 9740 | 2,277,000 | .01 | 228 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 2,277,000 | .01 | 228 |
| Total Premium for Arizona | | | | $106,072 |
| **California** | | | | |
| Temecula: 27111 Diaz Rd 92590 | | | | |
| Temecula: 27565 Diaz Rd 92590 | | | | |
| Fresno: 324 N Fruit Ave 93711 | | | | |
| Sacramento: 3514 La Grande Blvd 95823 | | | | |
| Murietta: 39252 Winchester Rd., #107-159 92563 | | | | |
| Stockton: 4747 Frontier Way 95215 | | | | |
| Stores - Wholesale - NOC | 8018 | 14,325,000 | 6.71 | 961,208 |
| Salespersons - Outside | 8742 | 1,990,000 | .63 | 12,537 |
| Clerical Office Employees - NOC | 8810 | 3,878,000 | .53 | 20,553 |
| Manual Premium | | | | $994,298 |

Policy No. WC7-661-065726-010

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium · Extension of Information Page

| Classification of Operations<br>Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | | Premium Basis<br>Payroll · Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Rate<br>Payroll · Per $100 | Estimated Premium |
|---|---|---|---|---|---|
| Continued: | | | | | |
| California | | | | | |
| Employers Liability Increased Limits Premium | 9812 | | | .028 | 27,840 |
| Experience Modification(1.43 FNL) | 9898 | d) | 1,022,138 | | 439,519 |
| Modified Premium | | | | | $1,461,657 |
| Schedule Rating | 9887 | | | .20 | (292,331) |
| Standard Premium | | | | | $1,169,326 |
| Terrorism | 9740 | | 20,193,000 | .03 | 6,058 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | | 20,193,000 | .01 | 2,019 |
| Total Premium for California | | | | | $1,177,403 |
| California Insurance Guarantee Association | 0936 | d) | 1,177,403 | .02 | 23,548 |
| California User Fund/WC Administrative Revolving Fund | 0935 | d) | 1,177,403 | .015166 | 17,856 |
| California Uninsured Employers Benefit Trust Fund Assessment | 0937 | d) | 1,177,403 | .001849 | 2,177 |
| California Subsequent Injuries Benefits Trust Fund Assessment | 0938 | d) | 1,177,403 | .00105 | 1,236 |
| California Occupational Safety & Health Fund Assessment | 0939 | d) | 1,177,403 | .003064 | 3,608 |
| California Labor Enforcement & Compliance Fund Assessment | 0992 | d) | 1,177,403 | .001924 | 2,265 |
| California Fraud Investigation/Prosecution Surcharge | 9703 | d) | 1,177,403 | .003986 | 4,693 |

Policy No. WC7-661-065726-010

Page No. 2

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations — Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Premium Basis — Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Rate — Payroll - Per $100 | Estimated Premium |
|---|---|---|---|---|
| **Colorado** | | | | |
| Denver: 5110 Peoria St 80239 | | | | |
| Store: Wholesale NOC | 8018 | 385,000 | 2.64 | 10,164 |
| Manual Premium | | | | $10,164 |
| Employers Liability Increased Limits Premium | 9812 | | .028 | 285 |
| Experience Modification(1.97 FNL) | 9898 (d) | 10,449 | | 10,136 |
| Modified Premium | | | | $20,585 |
| Schedule Rating | 9887 | | .20 | (4,117) |
| Standard Premium | | | | $16,468 |
| Terrorism | 9740 | 385,000 | .01 | 39 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 385,000 | .01 | 39 |
| Total Premium for Colorado | | | | $16,546 |
| **Georgia** | | | | |
| Salespersons or Collectors - Outside | 8742 | If Any | .37 | 0 |
| Experience Modification(1.97 FNL) | 9898 (d) | | | 0 |
| Schedule Rating | 9887 | | .15 | 0 |
| Terrorism | 9740 | | .01 | 0 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | | .01 | 0 |
| Georgia Insurers Insolvency Pool Surcharge | 0935 (d) | | .00 | 0 |

Policy No. WC7-661-065726-010

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this item, do not modify any of the other provisions of this policy. | Class Code | Payroll · Unless otherwise indicated<br>a) Flat Charge<br>b) Per Capita<br>c) Passenger Seat<br>d) Premium<br>e) Other | Payroll· Per $100 | Estimated Premium |
| **Nevada** | | | | |
| Las Vegas: 3095 E Patrick Ln 89120 | | | | |
| Store: Wholesale NOC | 8018 | 140,000 | 3.09 | 4,326 |
| Manual Premium | | | | $4,326 |
| Employers Liability Increased Limits Premium | 9812 | | .028 | 121 |
| Experience Modification(1.97 FNL) | 9898 d) | 4,447 | | 4,314 |
| Modified Premium | | | | $8,761 |
| Schedule Rating | 9887 | | .20 | (1,752) |
| Standard Premium | | | | $7,009 |
| Expense Constant | 0900 | | | 240 |
| Terrorism | 9740 | 140,000 | .01 | 14 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 140,000 | .01 | 14 |
| Total Premium for Nevada | | | | $7,277 |
| **Oregon** | | | | |
| Portland: 2130 NE Wiedler St 97232 | | | | |
| Store: Wholesale NOC | 8018 | 55,000 | 2.81 | 1,546 |
| Manual Premium | | | | $1,546 |
| Employers Liability Increased Limits Premium | 9812 | | .011 | 17 |
| Experience Modification(1.97 FNL) | 9898 d) | 1,563 | | 1,516 |
| Modified Premium | | | | $3,079 |
| Standard Premium | | | | $3,079 |
| Terrorism | 9740 | 55,000 | .01 | 6 |

Policy No. WC7-661-065726-010

GPO 2923
Ed. 01/01/2001

Page No. 4

WC 00 00 01 A

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll · Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll· Per $100 | Estimated Premium |
| Continued: | | | | |
| Oregon | | | | |
| Portland: 2130 NE Wiedler St 97232 | | | | |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 55,000 | .01 | 6 |
| Total Premium for Oregon | | | | $3,091 |
| Oregon WC Premium Assessment | 0935 d) | 3,091 | .046 | 142 |
| Oregon Insurance Guaranty Association Surcharge | 0936 a) | | | 0 |
| Texas | | | | |
| Grand Prairie: 1125 Isuzu Pkwy 75050 | | | | |
| Houston: 8050 A Harrisburg Blvd 77012 | | | | |
| Dallas: 8900 Old Hickory Trl 75237 | | | | |
| Store: Wholesale NOC & Drivers Salespersons, Collectors or Messengers · Outside | 8018 8742 | 3,975,000 85,000 | 4.69 .37 | 186,428 315 |
| Clerical Office Employees NOC | 8810 | 190,000 | .23 | 437 |
| Manual Premium | | | | $187,180 |
| Employers Liability Increased Limits Premium | 9812 | | .02 | 3,744 |
| Experience Modification(1.97 FNL) | 9898 d) | 190,924 | | 185,196 |
| Modified Premium | | | | $376,120 |
| Schedule Rating | 9887 | | .20 | (75,224) |
| Standard Premium | | | | $300,896 |
| Terrorism | 9740 | 4,250,000 | .024 | 1,020 |
| Total Premium for Texas | | | | $301,916 |

Policy No. WC7-661-065726-010

GPO 2923
Ed. 01/01/2001

Page No. 5

WC 00 00 01 A

## NAMED INSURED LINK SCHEDULE

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 001 | Southwest Traders Incorporated | | | |
| 001 | Telephone Number: (951) 506-3106 | | | |
| 001 | FEIN: 33-0191583 | | | |
| 001 | Legal Status: Corporation | | | |
| 001 | No Specific Location | | GA | |
| 001 | 3514 La Grande Blvd | Sacramento | CA | 95823 |
| 001 | 4747 Frontier Way | Stockton | CA | 95215 |
| 001 | 3095 E Patrick Ln | Las Vegas | NV | 89120 |
| 001 | No. of Employees: 38 | | | |
| 001 | NAIC Code:424410 | | | |
| 001 | 5110 Peoria St | Denver | CO | 80239 |
| 001 | 2130 NE Wiedler St | Portland | OR | 97232 |
| 001 | 1401 W Van Buren St | Tolleson | AZ | 85353 |
| 001 | 1125 Isuzu Pkwy | Grand Prairie | TX | 75050 |
| 001 | 27111 Diaz Rd | Temecula | CA | 92590 |
| 001 | 324 N Fruit Ave | Fresno | CA | 93711 |
| 001 | 8050 A Harrisburg Blvd | Houston | TX | 77012 |
| 001 | 27565 Diaz Rd | Temecula | CA | 92590 |
| 001 | 8900 Old Hickory Trl | Dallas | TX | 75237 |
| 002 | SFT Business Management, Inc. | | | |
| 002 | Telephone Number: (951) 506-3106 | | | |
| 002 | FEIN: 26-3349423 | | | |
| 002 | Legal Status: Corporation | | | |
| 002 | 27111 Diaz Rd | Temecula | CA | 92590 |
| 003 | Sweet Chills, Inc, dba: Miss Karen's | | | |
| 003 | Telephone Number: (951) 506-3106 | | | |
| 003 | FEIN: 27-3124339 | | | |
| 003 | Legal Status: Corporation | | | |
| 003 | 39252 Winchester Rd., #107-159 | Murietta | CA | 92563 |

Policy No. WC7-661-065726-010

GPO4162 R1
Page 1
Ed. 11/01/2004

## NAⱮ. OF INSURED ENDORSEMENT

It is agreed that the Name of the Insured is as follows:

Southwest Traders Incorporated
FEIN:33-0191583

SFT Business Management, Inc.
FEIN:26-3349423

Sweet Chills, Inc, dba: Miss Karen's
FEIN:27-3124339

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                              Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                            Authorized Representative

                                            End. Serial No. 1

**W102NIS**
PAGE 1

## KNOWLEDGE AND NOTICE OF OCCURRENCE ENDORSEMENT

It is understood and agreed that the following is added to paragraph 3 of PART FOUR-YOUR DUTIES IF INJURY OCCURS.

Your duty to give us all notices, demands and legal papers related to the injury, claim, proceedings or suit does not apply to the knowledge of such injury, claim, proceedings or suit, known by any agent, servant, employee, contractor or sub contractor, unless you have designated such person as a representative of the First named Insured for this policy.

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                    Authorized Representative

End. Serial No. 2

**102 023 F**
Page 1 of 1
V.NM

# VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

This endorsement adds Voluntary Compensation Insurance to the policy.

## A. How This Insurance Applies

This insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must be sustained by an employee included in the group of employees described in the Schedule.

2. The bodily injury must arise out of and in the course of employment necessary or incidental to work in a state listed in the Schedule.

3. The bodily injury must occur in the United States of America, its territories or possessions, or Canada, and may occur elsewhere if the employee is a United States or Canadian citizen temporarily away from those places.

4. Bodily injury by accident must occur during the policy period.

5. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

## B. We Will Pay

We will pay an amount equal to the benefits that would be required of you if you and your employees described in the Schedule were subject to the workers compensation law shown in the Schedule. We will pay those amounts to the persons who would be entitled to them under the law.

## C. Exclusions

This insurance does not cover:

1. any obligation imposed by a workers compensation or occupational disease law, or any similar law.

2. bodily injury intentionally caused or aggravated by you.

WC 00 03 11 A
Page 1 of 3
Copyright 2005 National Council on Compensation Insurance, Inc.

# VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

**D.  Before We Pay**

Before we pay benefits to the persons entitled to them, they must:

1.   Release you and us, in writing, of all responsibility for the injury or death.

2.   Transfer to us their right to recover from others who may be responsible for the injury or death.

3.   Cooperate with us and do everything necessary to enable us to enforce the right to recover from others.

If the persons entitled to the benefits of this insurance fail to do those things, our duty to pay ends at once. If they claim damages from you or from us for the injury or death, our duty to pay ends at once.

**E.  Recovery From Others**

If we make a recovery from others, we will keep an amount equal to our expenses of recovery and the benefits we paid. We will pay the balance to the persons entitled to it. If the persons entitled to the benefits of this insurance make a recovery from others, they must reimburse us for the benefits we paid them.

**F.  Employers Liability Insurance**

Part Two (Employers Liability Insurance) applies to bodily injury covered by this endorsement as though the State of Employment shown in the Schedule were shown in Item 3.A. of the Information Page.

# VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

### Schedule

| Employees | State of Employment | Designated Workers' Compensation Law |
|---|---|---|
| All officers and employees not subject to the workers compensation law | All states except: NJ-WI | State of Hire |
| | See state specific endorsement for CA | |

This endorsement is executed by the Liberty Insurance Corporation

21814

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                              Authorized Representative

End. Serial No. 3

**WC 00 03 11 A**
Page 3 of 3
Copyright 2005 National Council on Compensation Insurance, Inc.

# WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

This agreement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

Schedule

Where required by contract or written agreement prior to loss

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                          Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____

Authorized Representative

End. Serial No. 4

**WC 00 03 13**
Ed. 4/1/1984
Copyright 1983 National Council on Compensation Insurance.

# NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds.  The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.   Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change.  Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

```
Not Applicable in California, Delaware, Michigan,
New Jersey, Pennsylvania, Texas
```

This endorsement is executed by the Liberty Insurance Corporation

21814

Premium $

Effective Date                              Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____

Authorized Representative

End. Serial No. 5

**WC 00 04 14**
Page 1 of 1
Ed. 07/01/1990
Copyright 1990 National Council on Compensation Insurance, Inc.

# PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

## PART FIVE
## PREMIUM

D.  **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

Not Applicable in Arizona, Georgia, Massachusetts, Oregon, Tennessee, Texas and Virginia

See state specific endorsements for OR and TX

This endorsement is executed by the Liberty Insurance Corporation

21814

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by _____

Authorized Representative

End. Serial No. 6

**WC 00 04 19**
Page 1 of 1
Ed. 01/01/1/2001
Copyright 2000 National Council on Compensation Insurance, Inc.  All Rights Reserved.

# CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22A), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:
    a. It is an act that is violent or dangerous to human life, property, or infrastructure;
    b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and
    c. It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|

See Premium Schedule GPO 2923

Not applicable in Connecticut until new and renewal policies effective 1/1/2009 and after.

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                           Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                    Authorized Representative

                                    End. Serial No. 7

WC 00 04 21 C
Page 1 of 1
Ed. 09/01/2008
Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

# TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

## Definitions

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

    a.  The act is an act of terrorism.
    b.  The act is violent or dangerous to human life, property, or infrastructure.
    c.  The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.
    d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.

"Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

## Limitation of Liability

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**WC 00 04 22 A**
Page 1 of 2
Ed. 09/01/2008
Copyright 2008 National Council on Compensation Insurance, Inc. All rights Reserved.

# TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

**Policyholder Disclosure Notice**

1.  Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceeds $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2.  Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3.  The premium charged for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

Not applicable in Florida.

Not applicable in Massachusetts until new and renewal policies effective 10/1/2008 and after.

Not applicable in Connecticut until new and renewal policies effective 1/1/2009 and after.

This endorsement is executed by the Liberty Insurance Corporation          21814

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____

Authorized Representative

End. Serial No. 8

**WC 00 04 22 A**
Page 2 of 2
Ed. 09/01/2008
Copyright 2008 National Council on Compensation Insurance, Inc. All rights Reserved.

# RETROSPECTIVE RATING PLAN PREMIUM ENDORSEMENT- LARGE RISK ALTERNATIVE RATING OPTION (LRARO)

This endorsement is issued because you chose to have the cost of the insurance rated retrospectively. This endorsement applies only to workers compensation and employers liability insurance when rated under the provisions of the Large Risk Alternative Rating Option that we have negotiated with you.

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                              Expiration Date

For attachment to Policy No. WC7 - 661 - 065726 - 010

Countersigned by _____

                                    Authorized Representative

                              End. Serial No. 9

**WC 00 05 16**
Page 1 of 1
Ed. 01/01/2010
Copyright 2009 National Council on Compensation Insurance, Inc.  All Rights Reserved.

# ARIZONA ALCOHOL- AND DRUG-FREE WORKPLACE
## PREMIUM CREDIT ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Arizona is shown in Item 3.A. of the Policy Information Page.

This endorsement provides notice that premium for your policy may be affected by the Arizona Alcohol- and Drug-Free Workplace Premium Credit Program.

You may qualify for a 5% premium credit if you have established and maintain a qualifying alcohol- and drug-free workplace program in accordance with Title 23, Chapter 2, Article 14 of Arizona Statutes.

We will determine your eligibility for this premium credit after total premium has been paid for the policy period and may be revised at the time your final premium audit is processed.

The determination that you have a qualifying program must be made each year that you receive the premium credit. To implement a premium credit program, the following guidelines must be established:

1.  Insurers offering the premium credit program may apply a 5% premium credit to qualifying employers.

2.  To receive the premium credit, you must:

    a.  Provide a written statement to the insurer prior to or within 30 days after the beginning of the policy effective date each year, certifying that the business has implemented a program meeting the requirements of Title 23, Chapter 2, Article 14.
    b.  At any time during the term of the policy, provide additional information to the insurer, as required, to confirm that a qualifying program has been established and is being maintained.
    c.  Comply with the alcohol and drug testing policy requirements in accordance with Title 23, Chapter 2, Article 14.
    d.  Conduct alcohol and drug testing of prospective employees.
    e.  Conduct alcohol and drug testing of an employee after the employee has been injured.
    f.  Allow us to have access to the alcohol and drug testing results under d. and e. above.

3.  The determination that you have established and maintain a qualifying program must be made during each policy term that you receive the premium credit.

4.  Your certification and any other information relied upon by the insurer in granting the premium credit must be kept in the insurer's underwriting files and made available to the Department of Insurance upon request.

5.  The premium credit may be applied after total premium has been paid for the policy period and may be revised at final audit to the employer's policy. The credit is applicable as a supplement to deviated rates and is applied in a multiplicative manner, after the application of the experience modification, and before the application of the premium discount and expense constant.

**WC 02 04 01C**
Page 1 of 2
Ed. 02/01/2010

Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

## ARIZONA ALCOHOL- AND DRUG-FREE WORKPLACE
## PREMIUM CREDIT ENDORSEMENT

6.  You must reimburse the premium credit if it is determined that you were not in compliance with the provisions of the program.

7.  Minimum premium policies are eligible for this premium credit.

8.  Residual market employers are eligible to apply for this premium credit.

This endorsement is executed by the Liberty Insurance Corporation                21814

Premium $

Effective Date                          Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                              Authorized Representative

End. Serial No. 10

WC 02 04 01C
Page 2 of 2
Ed. 02/01/2010

Copyright 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

31

## ARIZONA CANCELATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Arizona is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by this Condition:

D.  **Cancelation**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy if you fail to pay premium when due. We must mail or deliver to you and the Industrial Commission of Arizona not less than 30 days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in the cancelation notice.

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WC7 - 661 - 065726 - 010

Countersigned by_____
                                             Authorized Representative

                                             End. Serial No. 11

**WC 02 06 01**
Page 1 of 1
Ed. 05/1986

## POLICY AMENDATORY ENDORSEMENT - CALIFORNIA

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1. **Minors Illegally Employed --- Not Insured**.  This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2. **Punitive or Exemplary Damages --- Uninsurable**.  This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3. **Increase in Indemnity Payment --- Reimbursement**.  You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you.  You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

   If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit.  You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4. **Application of Policy**.  Part One, "Workers Compensation Insurance", A, "How This Insurance Applies", is amended to read as follows:

   This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom.  Bodily injury by accident must occur during the policy period.  Bodily injury by disease must be caused or aggravated by the conditions of your employment.  Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. **Rate Changes**.  The premium and rates with respect to the Insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

6. **Long Term Policy**.  If this policy is written for a period longer than one year, all the provisions of this policy shall apply separately to each consecutive twelve-month period or, if the first or last consecutive period is less than twelve months, to such period of less than twelve months, in the same manner as if a separate policy had been written for each consecutive period.

WC 04 03 01A
Page 1 of 2
Ed. 03/01/1998
© 1998 Workers Compensation Insurance Rating Bureau of California.  All rights reserved.

## POLICY AMENDATORY ENDORSEMENT - CALIFORNIA

7.  **Statutory Provision**.  Your employee has a first lien upon any amount which becomes owing to you by us on account of this policy, and in the case of your legal incapacity or inability to receive the money and pay it to the claimant, we will pay it directly to the claimant.

It is further agreed that this policy, including all endorsements forming a part thereof, constitutes the entire contract of insurance.  No condition, provision, agreement, or understanding not set forth in this policy or such endorsements shall affect such contract or any rights, duties, or privileges arising therefrom.

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                              Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                        Authorized Representative

End. Serial No. 12

**WC 04 03 01A**
Page 2 of 2
Ed. 03/01/1998
© 1998 Workers Compensation Insurance Rating Bureau of California.  All rights reserved.

# VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT - CALIFORNIA

If the employer named in item 1 of the Information Page has in his employment persons not entitled to compensation under Division 4 of the Labor Code of the State of California, this policy shall operate as an election on the part of the employer to come under the compensation provisions of Division 4 with respect to those persons described in the Schedule below.

This policy applies to those persons described in the Schedule below as employees.

## Schedule

*All Employees except those specifically excluded by endorsement.*

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                              Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                    Authorized Representative

End. Serial No. 13

**WC 04 03 05**
Page 1 of 1
Ed. 01/01/1985
© 1998 Workers Compensation Insurance Rating Bureau of California.  All rights reserved.

## ENDORSEMENT AGREEMENT LIMITING AND RESTRICTING THIS INSURANCE
### California - Employee Insured by General Employer Excluded

The insurance under this policy is limited as follows:

It is AGREED that, anything in this policy to the contrary notwithstanding, this policy DOES NOT INSURE:

**NO LIABILITY FOR EMPLOYEE INSURED BY GENERAL EMPLOYER**

Any liability you may have as the special employer of an employee who is not on your payroll at the time of injury, based upon your representation that: (1) you have entered into a valid and enforceable agreement pursuant to Labor Code Section 3602(d) with the employee's general employer under which the general employer agrees to secure the payment of compensation for such employee and (2) the general employer has obtained workers' compensation coverage for the employee.

FAILURE TO SECURE THE PAYMENT OF FULL COMPENSATION BENEFITS FOR ALL EMPLOYEES AS REQUIRED BY LABOR CODE SECTION 3700 IS A VIOLATION OF LAW AND MAY SUBJECT THE EMPLOYER TO THE IMPOSITION OF A WORK STOP ORDER, LARGE FINES, AND OTHER SUBSTANTIAL PENALTIES (Labor Code Section 3710.1, et seq.).

By signature below, you affirm that, with respect to any employee who is also the employee of a general employer, (1) you have entered into a valid and enforceable agreement pursuant to Labor Code Section 3602(d) with the employee's general employer under which the general employer agrees to secure the payment of compensation for such employee and (2) the general employer has obtained workers' compensation coverage for the employee.

Countersigned By _____

This endorsement is executed by the Liberty Insurance Corporation

Premium $                                                                     21814

Effective Date _____      Expiration Date _____

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                              Authorized Representative

End. Serial No. 14

WC 04 03 17
Page 1 of 1
Ed. 06/01/2006
Copyright 2006 Workers' Compensation Insurance Rating Bureau of California. All Rights Reserved.

## EMPLOYERS' LIABILITY COVERAGE AMENDATORY
## ENDORSEMENT - CALIFORNIA

The insurance afforded by Part Two (Employers' Liability Insurance) by reason of designation of California in Item 3 of the information page is subject to the following provisions:

A.  **"How This Insurance Applies,"** is amended to read as follows:

    A.   How This Insurance Applies

        This employers' liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury means a physical injury, including resulting death.

      1.   The bodily injury must arise out of and in the course of the injured employee's employment by you.

      2.   The employment must be necessary or incidental to your work in California.

      3.   Bodily injury by accident must occur during the policy period.

      4.   Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

      5.   If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

C.  The **"Exclusions"** section is modified as follows (all other exclusions in the **"Exclusions"** section remain as is):

      1.   Exclusion 1 is amended to read as follows:

          1.   liability assumed under a contract.

      2.   Exclusion 2 is deleted.

      3.   Exclusion 7 is amended to read as follows:

          7.   damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, termination of employment, or any personnel practices, policies, acts or omissions.

WC 04 03 60 A
Page 1 of 2
Ed. 11/01/1999
Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California.  All rights reserved.

## EMPLOYERS' LIABILITY COVERAGE AMENDATORY
## ENDORSEMENT - CALIFORNIA

4.   The following exclusions are added:

1.   bodily injury to any member of the flying crew of any aircraft.

2.   bodily injury to an employee when you are deprived of statutory or common law defenses or are subject to penalty because of your failure to secure your obligations under the workers' compensation law(s) applicable to you or otherwise fail to comply with that law.

This endorsement is executed by the Liberty Insurance Corporation                21814

Premium $

Effective Date                          Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                    Authorized Representative

End. Serial No. 15

**WC 04 03 60 A**
Page 2 of 2
Ed. 11/01/1999
Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California.  All rights reserved.

## OPTIONAL PREMIUM INCREASE ENDORSEMENT - CALIFORNIA

You must provide us, or our authorized representative, access to records necessary to perform a payroll verification audit. If you fail to provide access within 90 days after expiration of the policy, you are liable to pay a total premium equal to 3 times our current estimate of the annual premium for your policy. In addition, if you fail to provide access after our third request within a 90 day or longer period, you are also liable for our costs in attempting to perform the audit unless you provide a compelling business reason for your failure.

We will contact you to schedule appointments during normal business hours.

We will notify you of your failure to provide access by mailing a certified, return-receipt document stating the increased premium and the total amount of our costs incurred in our attempt(s) to perform an audit. In addition to any other obligations under this contract, 30 days after you receive the notification, you will be obligated to pay the total premium and costs referenced above. If, thereafter, you provide access to your records within three years after the policy expires, or within another mutually agreed upon time, and we succeed in performing the audit to our satisfaction, we will revise your total premium and the costs due to reflect the results of the audit.

This endorsement is executed by the   Liberty Insurance Corporation                21814

Premium $

Effective Date                          Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____

Authorized Representative

End. Serial No. 16

**WC 04 04 21**
Page 1 of 1
Ed. 01/01/2008
Copyright 2008 Workers' Compensation Insurance Rating Bureau of California.  All Rights Reserved.

# CALIFORNIA CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the Information Page.

The cancellation condition in Part Six (Conditions) of the policy is replaced by these conditions:

**Cancellation**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2.  We may cancel this policy for one or more of the following reasons:

    a.  Non-payment of premium;

    b.  Failure to report payroll;

    c.  Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

    d.  Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

    e.  Material misrepresentation made by you or your agent;

    f.  Failure to cooperate with us in the investigation of a claim;

    g.  Failure to comply with Federal or State safety orders;

    h.  Failure to comply with written recommendations of our designated loss control representatives;

    i.  The occurrence of a material change in the ownership of your business;

    j.  The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

    k.  The occurrence of any change in your business or operation that requires additional or different classification for premium calculation;

    l.  The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties.

**WC 04 06 01 A**
Page 1 of 2
Ed. 12/01/1993

# CALIFORNIA CANCELLATION ENDORSEMENT

3.  If we cancel your policy for any of the reasons listed in (a) through (f), we will give you 10 days advance written notice, stating when the cancellation is to take effect.  Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.  If we cancel your policy for any of the reasons listed in Items (g) through (l), we will give you 30 days advance written notice; however, we agree that in the event of cancellation and reissuance of a policy effective upon a material change in ownership or operations, notice will not be provided.

4.  The policy period will end on the day and hour stated in the cancellation notice.

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                          Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                  Authorized Representative

                                  End. Serial No. 17

**WC 04 06 01 A**
Page 2 of 2
Ed. 12/01/1993

## COLORADO CLASSIFICATION ENDORSEMENT

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Colorado is shown in Item 3.A. of the Information Page.

Section B.  Classifications of Part Five (Premium) is amended by adding the following:

The assignment of a proper classification resulting in higher premium is allowed only if the misclassification was caused by your failure to provide accurate or complete data.  If your operation changes during the policy term, you must notify us within ninety days of the change.  Failure to notify us will be considered a failure to provide accurate or complete data.

Section E.  Final Premium of Part Five is amended by adding this sentence at the end of the first paragraph:

Payments to us or to you based on improper classification may be collected or refunded during the term of the policy and for twelve months after the term.

This endorsement is executed by the Liberty Insurance Corporation                                    21814

Premium $

Effective Date                                          Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                            Authorized Representative

End. Serial No. 18

**WC 05 04 02**
Ed 11/01/1990
Page 1 of 1
Copyright 1990 National Council on Compensation Insurance, Inc. All Rights Reserved.

# COLORADO PREMIUM CREDIT FOR CERTIFIED RISK MANAGEMENT PROGRAMS ENDORSEMENT

This endorsement applies to Part One (Workers Compensation Insurance) because Colorado is listed in Item 3.A. of the Information Page.

The Colorado Workers Compensation Cost Containment Board has determined that a premium differential shall be provided on all policies when you have selected a designated medical provider.

If you qualify for experience and/or schedule rating and you have implemented a certified workers compensation risk management program or service, we must allow a 5% premium credit if your loss experience has improved since your last renewal date. The Schedule below will indicate if you qualify for this credit.

If you do not qualify for experience and/or schedule rating on your workers compensation insurance and you have implemented a certified workers compensation risk management program or service, we must offer premium credits as follows:

| Premium Credit | Credit Criteria |
|---|---|
| 10% | If you have been loss free for at least the last year immediately preceding the effective date of the premium credit. |
| 8% | If you have had one medical loss exceeding $250 in the last year immediately preceding the effective date of the premium credit. |
| 6% | If you have had two medical losses, each exceeding $250, within the last year immediately preceding the effective date of the premium credit. |
| 4% | If you have had three medical losses, each exceeding $250, within the last year immediately preceding the effective date of the premium credit. |
| 2% | If you have had three medical losses, each exceeding $250, and one claim for loss of time in the last year immediately preceding the effective date of the premium credit. |
| 0% | If you have had more than three medical losses and one claim for loss of time in the last year immediately preceding the effective date of the premium credit. |

If you have selected a designated medical provider, we must allow a credit of 2.5%. If you are eligible for schedule rating, the 2.5% credit must be included in the total schedule credit or debit, subject to the 25% maximum limitation.

If you are not eligible for experience or schedule rating, the 2.5% credit will be applied, in addition to the premium credit applicable. The combined premium credit and the 2.5% credit for selection of a designated medical provider shall not exceed 12.5%.

WC 05 04 03
Ed. 03/01/1993
Page 1 of 2
Copyright 1995 National Council on Compensation Insurance

# COLORADO PREMIUM CREDIT FOR CERTIFIED RISK MANAGEMENT PROGRAMS ENDORSEMENT

Schedule

% Premium Credit            Certified Risk Management Program/Designated Medical Provider

This endorsement is executed by the Liberty Insurance Corporation

21814

Premium $

Effective Date                        Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                              Authorized Representative

End. Serial No. 19

**WC 05 04 03**
Ed. 03/01/1993
Page 2 of 2
Copyright 1995 National Council on Compensation Insurance

## GEORGIA CANCELLATION, NONRENEWAL AND CHANGE ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Georgia is shown in Item 3.A. of the Information Page.

The **Cancelation** Condition of the policy is replaced by this Condition:

D. **Cancelation, Nonrenewal and Change**

1. You may cancel this policy. You must mail or deliver advance notice to us stating when the cancelation is to take effect, subject to the following:

   a. If only your interest is affected, the effective date of cancelation will be the later of the date we receive notice from you or the date specified in the notice.

   b. If by statute, regulation or contract this policy may not be canceled unless notice is given to a governmental agency or other third party, we will mail or deliver at least 10 days notice to you and the third party as soon as practicable after receiving your request for cancelation.

   Our notice will state the effective date of cancelation, which will be the later of the following:

   1) 10 days from the date of mailing or delivering our notice, or

   2) the effective date of cancelation stated in your notice to us.

2. We may cancel or nonrenew this policy. We must mail or deliver notice at least 10 days before the effective date of cancelation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium. If this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium or if we nonrenew this policy, we must send to you a notice of cancelation or nonrenewal by certified mail, return receipt requested, to your last address of record at least 75 days prior to the effective date of cancelation or nonrenewal.

3. If we increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages), limit or restrict coverage, we must mail by first class mail or deliver a notice of our action (including dollar amount of any increase in renewal premium more than 15%) to you at the last mailing address of record at least 45 days before the expiration date of this policy.

4. The policy period will end on the day and hour stated in the cancelation notice except as provided for above.

This endorsement is executed by the Liberty Insurance Corporation                                        21814

Premium $

Effective Date                                 Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                              Authorized Representative

                                              End. Serial No. 20

WC 10 06 01 A
Page 1 of 1
Ed. 04/27/1993
Copyright 1993 National Council on Compensation Insurance

# NEVADA CANCELLATION AND NONRENEWAL ENDORSEMENT

This endorsement applies to the insurance provided by this policy, because Nevada is shown in Item 3.A. of the Information Page.

Part Six-Conditions, D. Cancellation of the policy is replaced by the following:

**A. Midterm Cancellation**

1. You may cancel this policy by mailing or delivering advance written notice to us stating when the cancellation is to take effect.

2. We will provide you not less than 10 days notice if this policy is cancelled because you failed to pay a premium or remit an amount due because of an endorsement for a deductible when due.

3. We will provide you not less than 30 days notice for any other cancellation reason permitted under Nevada law, including failure to pay additional premium charged due to an audit of any payroll under the terms of the current or previous policy.

4. No policy of industrial insurance that has been in effect for at least 70 days or that has been renewed may be cancelled, except on any one of the following grounds:

   a. A failure by the policyholder to pay a premium for the policy of industrial insurance when due, including the failure of the policyholder to remit an amount due because of an endorsement for a deductible;

   b. A failure by the policyholder to:

      (1) Report any payroll;

      (2) Allow the insurer to audit any payroll in accordance with the terms of the policy or any previous policy issued by the insurer; or

      (3) Pay any additional premium charged because of an audit of any payroll as required by the terms of the policy or any previous policy issued by the insurer;

   c. A material failure by the policyholder to comply with any federal or state order concerning safety or any written recommendation of the insurer's designated representative for loss prevention;

   d. A material change in ownership of the policyholder or any change in the policyholder's business or operations that:

      (1) Materially increases the hazard for frequency or severity of loss;

      (2) Requires additional or different classifications for the calculation of premiums; or

      (3) Contemplates an activity that is excluded by any reinsurance treaty of the insurer;

   e. A material misrepresentation made by the policyholder; or

   f. A failure by the policyholder to cooperate with the insurer in conducting an investigation of a claim.

5. We cannot cancel the policy when the referenced reasons are corrected by you within the time specified in the written notice of cancellation.

**B. Nonrenewal**

1. We may elect not to renew the policy. We will provide to you a written notice of our intention not to renew at least 60 days before the expiration date.

2. We need not provide notice of our intention not to renew if you have accepted replacement coverage, if you have requested or agreed to nonrenewal, or if the policy is expressly designated as nonrenewable.

WC 27 06 01C
Page 1 of 2
Ed. 10/01/2008
Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

# NEVADA CANCELLATION AND NONRENEWAL ENDORSEMENT

**C. Information About Claims Paid**

1. If you request information for the renewal of the policy, we will provide you with information regarding claims paid on your behalf.

2. We will provide the information within 30 working days after we receive your written request. We may charge a reasonable fee for providing the information.

**D. Notices**

1. We will provide advance written notice of cancellation or nonrenewal as provided in A and B above. This notice must be served personally on or sent by first-class mail or electronic transmission to the employer.

2. Notices will state the effective date of the cancellation or nonrenewal and will be accompanied by a written explanation of the specific reasons for the cancellation or nonrenewal.

3. A written notice of cancellation is not required if we mutually agree with you to cancel the policy and reissue a new policy based upon a material change in the ownership or operation of your business.

**E. Compliance With Law**

1. Any of these provisions that conflict with a law that controls the cancellation or renewal or nonrenewal of the insurance in this policy is changed by this statement to comply with the law.

This endorsement is executed by the Liberty Insurance Corporation

21814

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____

Authorized Representative

End. Serial No. 21

WC 27 06 01C
Page 2 of 2
Ed. 10/01/2008
Copyright 2008 National Council on Compensation Insurance, Inc. All Rights Reserved.

## OREGON UNSAFE EQUIPMENT EXCLUSION ENDORSEMENT

Part Two (Employers Liability Insurance) does not cover bodily injury arising out of your failure to comply with a notice posted pursuant to ORS 654.082 of the Oregon Safe Employment Act or any amendment to that Act.

This endorsement is executed by the Liberty Insurance Corporation

21814

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by _____

Authorized Representative

End. Serial No. 22

**WC 36 03 01**
Page 1 of 1
Ed. 4/01/1984
© 1983 National Council on Compensation Insurance.

## OREGON LIMITS OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Oregon is shown in Item 3.A. of the Information Page.

The limits of our liability under Part Two of the policy are:

| Bodily Injury by Accident | $500,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, each accident |
| Bodily Injury by Disease | $500,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, policy limit |
| Bodily Injury by Disease | $500,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, each employee |

This change applies to the insurance this policy provides for Oregon operations only.

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                              Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                    Authorized Representative

                                    End. Serial No. 23

WC 36 03 06
Page 1 of 1
Ed. 01/01/2002

## OREGON PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D of Part Five of the policy is replaced by this provision.

### PART FIVE
### PREMIUM

D.  Premium is amended to read:

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  The due date for audit and retrospective premiums is the date specified in the billing invoice for the policy.

This endorsement is executed by the  Liberty Insurance Corporation                    21814

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____

Authorized Representative

End. Serial No. 24

WC 36 04 06
Ed. 10/01/2001

# OREGON CANCELLATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Oregon is shown in Item 3.A. of the Information Page.

The **Cancellation** Condition of the policy is replaced by this Condition:

D. **Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us, stating when the cancellation is to take effect. If you provide for other insurance or self-insurance, your cancellation of coverage will take effect upon the effective date of that insurance.

2. We may cancel this policy. We will mail to you advance written notice stating when the cancellation is to take effect.

   a. If we cancel based on our decision not to offer insurance to all employers within your premium category, we will mail the notice of cancellation at least 90 days before the cancellation is to take effect.

   b. If we cancel for other reasons, we will mail the notice of cancellation at least 45 days before the cancellation is to take effect.

   c. If we cancel for nonpayment, we will mail notice of cancellation at least 10 days before the cancellation is to take effect.

3. Mailing notice to you at your last known mailing address will be sufficient to prove notice.

4. The policy period will end at 12:00 midnight on the day stated in the cancellation notice.

5. When coverage is placed with another carrier as of the policy expiration date, a rejected renewal policy shall be withdrawn without charge, provided notice of nonrenewal is mailed and postmarked on or before the expiration date and is received from the insured by the insurer no later than 10 calendar days after said expiration date.

This endorsement is executed by the Liberty Insurance Corporation                 21814

Premium $

Effective Date                          Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                    Authorized Representative

End. Serial No. 25

**WC 36 06 01 E**
Page 1 of 1
Ed. 01/01/2008
Copyright 2007 National Council on Compensation Insurance, Inc.  All Rights Reserved.

# TEXAS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A of the Information Page.

## GENERAL SECTION

**B.**   **Who Is Insured** is amended to read:

You are insured if you are an employer named in Item 1 of the Information Page.  If that employer is a partnership or joint venture, and if you are one of its partners or members,  you are insured, but only in your capacity as an employer of the partnership´s or joint venture's employees.

**D.**   **State** is amended to read:

State means any state or territory of the United States of America, and the District of Columbia.

## PART ONE  - WORKERS COMPENSATION INSURANCE

**E.**   **Other insurance** is amended by adding this sentence:

This Section only applies if you have other insurance or are self-insured for the same loss.

**F.**   **Payments You Must Make**

This Section is amended by deleting the words "workers compensation" from number 4.

**H.**   **Statutory Provisions**

This Section is amended by deleting the words "after an injury occurs" from number 2.

## PART TWO  - EMPLOYERS LIABILITY INSURANCE

**C.**   **Exclusions**

Sections 2 and 3 are amended to add:

This exclusion does not apply unless the violation of law caused or contributed to the bodily injury.

Section 6 is amended to read:

6.   bodily injury occurring outside the United States of America, its territories or possessions, and Canada.  This exclusion does not apply to bodily injury to a citizen or resident of the United States of America, Mexico or Canada who is temporarily outside these countries.

**D.**   **We Will Defend**

This Section is amended by deleting the last sentence.

WC 42 03 01 F
Page 1 of 4
Ed. 01/01/2000

# TEXAS AMENDATORY ENDORSEMENT

## PART FOUR  -  YOUR DUTIES IF INJURY OCCURS

Number 6 of this part is amended to read:

6.  Texas law allows you to make weekly payments to an injured employee in certain instances. Unless authorized by law, do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE  -  PREMIUM

A.  **Our Manuals** is amended by adding this sentence:

In this part, "our manuals" means manuals approved or prescribed by the Texas Department of Insurance.

C.  **Remuneration**

Number 2 is amended to read:

2.  All other persons engaged in work that would make us liable under Part One (Workers Compensation Insurance) of this policy.  This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured workers compensation insurance.

E.  **Final Premium**

Number 2 is amended to read:

2.  If you cancel, final premium will be calculated pro rata based on the time this policy was in force.  Final premium will not be less than the pro rata share of the minimum premium.

## PART SIX  –  CONDITIONS

A.  **Inspection** is amended by adding this sentence:

Your failure to comply with the safety recommendations made as a result of an inspection may cause the policy to be canceled by us.

C.  **Transfer of Your Rights and Duties** is amended to read:

Your rights and duties under this policy may not be transferred without our written consent.  If you die, coverage will be provided for your surviving spouse or your legal representative.  This applies only with respect to their acting in the capacity as an employer and only  for the workplaces listed in Items 1 and 4 on the Information Page.

WC 42 03 01 F
Page 2 of 4
Ed. 01/01/2000

## TEXAS AMENDATORY ENDORSEMENT

**D.    Cancellation** is amended to read:

1.  You may cancel this policy.  You must mail or deliver advance notice to us stating when the cancellation is to take effect.

2.  We may cancel this policy.  We may also decline to renew it.  We must give you written notice of cancellation or nonrenewal.  That notice will be sent certified mail or delivered to you in person.  A copy of the written notice will be sent to the Texas Workers' Compensation Commission.

3.  Notice of cancellation or nonrenewal must be sent to you not later than the 30th day before the date on which the cancellation or nonrenewal becomes effective, except that we may send the notice not later than the 10th day before the date on which the cancellation or nonrenewal becomes effective if we cancel or do not renew because of:

    a.  Fraud in obtaining coverage;

    b.  Misrepresentation of the amount of payroll for purposes of premium calculation;

    c.  Failure to pay a premium when payment was due;

    d.  An increase in the hazard for which you seek coverage that results from an action or omission and that would produce an increase in the rate, including an increase because of failure to comply with reasonable recommendations for loss control or to comply within a reasonable period with recommendations designed to reduce a hazard that is under your control;

    e.  A determination by the Commissioner of Insurance that the continuation of the policy would place us in violation of the law, or would be hazardous to the interests of subscribers, creditors, or the general public.

4.  If another insurance company notifies the Texas Workers' Compensation Commission that it is insuring you as an employer, such notice shall be a cancellation of this policy effective when the other policy starts.

### PART SEVEN - OUR DUTY TO YOU FOR CLAIM NOTIFICATION

**A.    Claims Notification**

We are required to notify you of any claim that is filed against your policy.  Thereafter we shall notify you of any proposal to settle a claim or, on receipt of a written request from you, of any administrative or judicial proceeding relating to the resolution of a claim, including a benefit review conference conducted by the Texas Workers' Compensation Commission.  You may, in writing, elect to waive this notification requirement.

WC 42 03 01 F
Page 3 of 4
Ed. 01/01/2000

## TEXAS AMENDATORY ENDORSEMENT

We shall, on the written request from you, provide you with a list of claims charged against your policy, payments made and reserves established on each claim, and a statement explaining the effect of claims on your premium rates. We must furnish the requested information to you in writing no late than the 30th day after the date we receive your request. The information is considered to be provided on the date the information is received by the United States Postal Service or is personally delivered.

**COMPLAINT NOTICE:** SHOULD ANY DISPUTE ARISE ABOUT YOUR PREMIUM OR ABOUT A CLAIM THAT YOU HAVE FILED, CONTACT THE AGENT OR WRITE TO THE COMPANY THAT ISSUED THE POLICY. IF THE PROBLEM IS NOT RESOLVED, YOU MAY ALSO WRITE THE TEXAS DEPARTMENT OF INSURANCE, PO BOX 149091, AUSTIN, TEXAS 78714-9091, FAX # (512) 475-1771. THIS NOTICE OF COMPLAINT PROCEDURE IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART OR CONDITION OF THIS POLICY.

This endorsement is executed by the Liberty Insurance Corporation          21814

Premium $

Effective Date                    Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                              Authorized Representative

                              End. Serial No. 26

**WC 42 03 01 F**
Page 4 of 4
Ed. 01/01/2000

# TEXAS - AUDIT PREMIUM AND RETROSPECTIVE PREMIUM ENDORSEMENT

Section D of Part Five of the policy is replaced by the following provision:

## PART FIVE - PREMIUM

### D. Premium Payments

You will pay all premium when due.  You will pay the premium even if part or all of a workers' compensation law is not valid.  The billing statement or invoice for audit additional premiums and/or retrospective additional premiums establishes the date that the premium is due.

---

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                              Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by _____
                        Authorized Representative

End. Serial No. 27

**WC 42 04 07**
Page 1
Ed. 03/23/2002

## TEXAS HEALTH CARE NETWORK ENDORSEMENT

This endorsement indicates that you have elected under this policy to provide workers' compensation health care services to your injured employees through a certified workers' compensation health care network that we have either established or contracted with, as provided in Chapter 1305 of the Texas Insurance Code and in Title 28, Chapter 10 of the Texas Administrative Code.

We will provide you with information concerning the use of our certified workers' compensation health care network(s) in our service area(s) and your rights and responsibilities as a participant in our network program. This includes information describing the service area(s) applicable to you and your injured employees as required in Rule VI K. of the *Texas Basic Manual of Rules, Classifications and Experience Rating Plan for Workers' Compensation and Employers' Liability Insurance.* In accordance with Chapter 1305 Texas Insurance Code and Title 28, Chapter 10 of the Texas Administrative Code, we will also provide you with information that is required to be given to your employees, including an employee's notice of network requirements and an employee acknowledgement form.

Your premium may have been reduced because you have agreed to participate in our certified workers' compensation health care network. The amount of the premium reduction is shown on the Information Page of this policy. The reduction is estimated at the policy inception and adjusted at final audit of the policy. The reduction may be pro-rated if you elect to participate in a certified workers' compensation health care network during the policy year or if you terminate your participation in our certified workers' compensation health care network before the policy expires. The premium reduction you received may be forfeited if we determine that you have failed to provide the notice of network requirements and employee acknowledgement form to your employees in accordance with Chapter 1305.005(d) and 1305.451 Texas Insurance Code and Title 28, Chapter 10 of the Texas Administrative Code.

Minimum premium policies are not eligible for this premium reduction.

This endorsement is executed by the Liberty Insurance Corporation                 21814

Premium $

Effective Date                          Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                          Authorized Representative

End. Serial No. 28

**WC 42 04 08**
Page 1 of 1
Ed. 04/15/2006

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## NOTICE OF CANCELLATION

We will not cancel this policy or make changes that reduce the insurance afforded by this policy until written notice of cancellation or reduction has been mailed or delivered to those scheduled below at least

a)   10 days before the effective date of cancellation, if we cancel for nonpayment of premium ; or

b)   60   days before the effective date of the cancellation or reduction if we cancel or reduce the insurance afforded by this policy for any other reason.

### NAME

Southwest Traders Incorporated

### ADDRESS

27711 Diaz Rd
Temecula, CA 92590-3425

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                              Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                        Authorized Representative

                                        End. Serial No. 29

WC 99 03 04
Page 1
9/1/1987

## CALIFORNIA AMENDATORY ENDORSEMENT

With respect to the insurance of risks and operations in California covered by this policy, the following language is deleted from the policy: "This policy is classified in Dividend Class I Workers Compensation and Employers Liability," and replaced by the following:  "THIS POLICY IS ISSUED ON A NON-PARTICIPATING BASIS."

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                          Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                              Authorized Representative

End. Serial No. 30

**WC 99 04 35**
Page 1 of 1

## COUNTERSIGNATURE ENDORSEMENT - ARIZONA

This endorsement is effective at the inception of the policy and attaches to and forms a part of this policy.

_____
Countersigning Agent

This endorsement is executed by the Liberty Insurance Corporation                    21814

Premium $

Effective Date                              Expiration Date

For attachment to Policy No. WC7-661-065726-010

Countersigned by_____
                                         Authorized Representative

End. Serial No. 33

WC 99 20 08
Page 1 of 1
Ed. 09/01/2010

Copyright 2010 Liberty Mutual Group of Companies. All Rights Reserved

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY**

**THIS POLICY IS CLASSIFIED IN DIVIDEND CLASS I WORKERS COMPENSATION AND EMPLOYERS LIABILITY**

**THIS POLICY IS NONASSESSABLE**



**Liberty Mutual Insurance Group/Boston**

FOR PROMPT INSURANCE SERVICE -
CALL YOUR SERVICE OFFICE
**Liberty Insurance Corporation** (A stock insurance company, herein called the company)

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows.

## GENERAL SECTION

### A.  The Policy

This policy includes at its effective date the Information Page and all endorsements and schedules listed there.   It is a contract of insurance between you (the employer named in item 1 of the Information Page) and us (the insurer named on the Information Page).   The only agreements relating to this insurance are stated in this policy.  The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

### B.  Who Is Insured

You are insured if you are an employer named in item 1 of the Information Page.  If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

### C.  Workers Compensation Law

Workers Compensation Law means the workers or workmen compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period.  It does not include the provisions of any law that provide nonoccupational disability benefits.

### D.  State

State means any state of the United States of America, and the District of Columbia.

GPO 4035 R1
Page 1 of 10
21814
Ed. 04/01/1992   **WC7**     Printed in U.S.A.

**Copyright 1991 National Council on Compensation Insurance**

**WC 00 00 00 A**

E.  **Locations**

This policy covers all of your workplaces listed in item 1 or 4 of the Information Page; and it covers all other workplaces in item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE - WORKERS COMPENSATION INSURANCE

A.  **How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease.  Bodily injury includes resulting death.

1.  Bodily injury by accident must occur during the policy period.

2.  Bodily injury by disease must be caused or aggravated by the conditions of your employment.  The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

B.  **We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

C.  **We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance.  We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

D.  **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1.  reasonable expenses incurred at our request, but not loss of earnings;

2.  premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3.  litigation costs taxed against you;

4.  interest on judgment as required by law until we offer the amount due under this insurance; and

5.  expenses we incur.

E.  **Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other insurance or self-insurance.  Subject to any limits of liability that may apply, all shares will be equal until the loss is paid.   If any insurance or self-insurance is  exhausted, the shares of all remaining insurance will be equal until the loss is paid.

F.  **Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1.  of your serious and willful misconduct;

2.  you knowingly employ an employee in violation of law;

3.  you fail to comply with a health or safety law or regulation; or

4.  you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

G.  **Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury.  You will do everything necessary to protect those rights for us and to help us enforce them.

H.  **Statutory Provisions**

These statements apply where they are required by law.

1.  As between an injured worker and us, we have notice of the injury when you have notice.

2.  Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3.  We are directly and primarily liable to any person entitled to the benefits payable by this insurance.   Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4.  Jurisdiction over you is jurisdiction over us for purposes of the workers  compensation law.  We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5.  This insurance conforms to the parts of the workers compensation law that apply to:

a.  benefits payable by this insurance;

Page 3 of 10

    b.  special taxes, payments into security or other special funds, and assessments payable by us under that law.

6.  Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO - EMPLOYERS LIABILITY INSURANCE

### A. How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

### B. We Will Pay

We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. for which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2. for care and loss of services; and

3. for consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee;

provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

### C. Exclusions

This insurance does not cover:

Page 4 of 10

1. liability assumed under a contract.  This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. bodily injury intentionally caused or aggravated by you;

6. bodily injury occurring outside the United States of America, its territories or possessions, and Canada.  This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions.

8. bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331-1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws.

9. bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws.

10. bodily injury to a master or member of the crew of any vessel.

11. fines or penalties imposed for violation of federal or state law.

12. damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance.  We have the right to investigate and settle these claims, proceedings and suits.

Page 5 of 10

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1.  reasonable expenses incurred at our request, but not loss of earnings;

2.  premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3.  litigation costs taxed against you;

4.  interest on a judgment as required by law until we offer the amount due under this insurance; and

5.  expenses we incur.

F.  **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G.  **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in item 3.B. of the Information Page. They apply as explained below.

1.  Bodily Injury by Accident. The limit shown for "bodily injury by accident-each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident. A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2.  Bodily Injury by Disease. The limit shown for "bodily injury by disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

    Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3.  We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

Page 6 of 10

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

## PART THREE - OTHER STATES INSURANCE

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in item 3. C. of the Information Page.

2. If you begin work in any of those states after the effective date of this policy and are not insured or not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in item 3.C. of the Information Page.

## PART FOUR - YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

Page 7 of 10

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE - PREMIUM

A. **Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

B. **Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

C. **Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

D. **Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

E. **Final Premium**

The premium shown on the Information Page, schedules and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is cancelled, final premium will be determined in the following way unless our manuals provide otherwise.

1.  If we cancel, final premium will be calculated pro-rata based on the time this policy was in force. Final premium will not be less than the pro-rata share of the minimum premium.

2.  If you cancel, final premium will be more than pro-rata; it will be based on the time this policy was in force, and increased by our short rate cancelation table and procedure. Final premium will not be less than the minimum premium.

F. **Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

G. **Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audit during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

## PART SIX - CONDITIONS

A. **Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

Page 9 of 10

B.  **Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

C.  **Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

D.  **Cancelation**

1.  You may cancel this policy.  You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy.  We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect.  Mailing that notice to you at your mailing address shown in item 1 of the Information Page will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in the cancelation notice.

4.  Any of these provisions that conflicts with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with that law.

E.  **Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancellation.

In witness whereof, the company has caused this policy to be signed by its President and its Secretary at Boston, Massachusetts, and countersigned on the Information Page by a duly authorized representative of the company.

SECRETARY                          PRESIDENT

# *STATE MANDATED NOTICES*



## NOTICE OF ELECTION TO ACCEPT OR REJECT
## AN INSURANCE DEDUCTIBLE FOR GEORGIA WORKERS
## COMPENSATION LAW

Georgia insurance law requires insurers to offer a claims deductible on all Georgia Workers Compensation policies. A full description of how the deductible works is printed as a sample endorsement on the following page of this notice.

The addition of a deductible will result in a credit applied to a manual premium before any adjustments.

### ACCEPTANCE/REJECTION

☐ Yes, I have read the sample endorsement on the following page of this notice and want the following deductible to apply to claims under the Georgia Workers Compensation Law. I understand that this deductible applies separately to each bodily injury caused by accident or disease.

☐ $ 100   ☐ $ 200   ☐ $ 300   ☐ $ 400   ☐ $ 500

☐ $ 1,000   ☐ $ 1,500   ☐ $ 2,000   ☐ $ 2,500

☐ No, I do not want the deductible described in the notice.

Policy Number
WC7-661-065726-010

Policyholder's Name and Address
Southwest Traders Incorporated
and as Per Named Insured Endorsement 1

27711 Diaz Rd
Temecula, CA 92590-3425

Title (if other than individual)

_____

Signature _____ Date _____

### THIS FORM IS NOT A PART OF YOUR POLICY AND DOES NOT PROVIDE COVERAGE.

BS 912 R3
Page 1 of 2
Ed. 7/1/1990

Liberty Mutual Group

## GEORGIA BENEFITS DEDUCTIBLE ENDORSEMENT(SAMPLE)

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because Georgia is shown in Item 3.A. of the Information Page.

1.  Part One (Workers Compensation Insurance) applies to benefits only in excess of the deductible amount shown in the Schedule.  This deductible applies separately to each bodily injury by accident or disease.

2.  We will pay the deductible amount for you to the claimant or provider of services, but you must reimburse us within 30 days after we send you notice that payment is due.  If you fail to fully reimburse us, we may cancel the policy as provided in Part Six (Conditions), Section D. Cancellation of the policy.  We may keep the amount of unearned premium that will reimburse us for the payments we made.  These rights are in addition to other rights we have to be reimbursed.

### Schedule

**Deductible Amount**

WC 10 06 02 (SAMPLE)

BS 912 R3
Page 2 of 2
Ed. 7/1/1990

Liberty Mutual Group



## NOTICE OF ELECTION TO ACCEPT OR REJECT AN INSURANCE DEDUCTIBLE FOR COLORADO WORKERS COMPENSATION LAW

The Colorado Insurance Department has approved a Benefits Deductible Coverage Program.  A full description of how the deductible works is printed as a sample endorsement on the second page of this document.

The addition of a deductible will result in a credit applied to a manual premium before any adjustments.

☐    Yes, I have read the sample endorsement on the following page of this notice and want the following deductible to apply to claims under Colorado Workers Compensation Law.  I understand that this deductible applies separately to each claim for bodily injury by accident or disease.

☐   $ 500            ☐   $1,000            ☐   $1,500

☐   $2,000          ☐   $2,500           ☐   $5,000

☐    No, I do not want the deductible described in the notice.

Policy Number
WC7-661-065726-010

Policyholder's Name and Address
Southwest Traders Incorporated
and as Per Named Insured Endorsement 1

27711 Diaz Rd
Temecula, CA 92590-3425

Title (if other than individual)

_____

Signature _____   Date _____

BS 965 R1
Page 1 of 2
Ed. 7/1/1993

Liberty Mutual Group

## SAMPLE ENDORSEMENT

## BENEFITS DEDUCTIBLE ENDORSEMENT

This endorsement applies only to the insurance provided by Part One (Workers Compensation Insurance) because the states listed in the Schedule below are shown in Item 3.A. of the Information Page.

1. Part One (Workers Compensation Insurance) applies only to benefits in excess of the deductible amount shown in the Schedule below.

2. This deductible applies separately to each claim for bodily injury by accident or disease.

3. If the law requires payment on a per accident or per disease basis, this provision applies in place of paragraph 2 above. This deductible applies separately to each accident or disease, regardless of the number of people who sustain injury by such accident or disease.

4. We will pay the deductible amount for you, but you must reimburse us within 30 days after we send you notice that payment is due. If you fail to fully reimburse us, we may cancel the policy as provided in Part Six (Conditions), Section D. Cancellation, of the policy. We may keep the amount of unearned premium that will reimburse us for the payments we made. These rights are in addition to other rights we have to be reimbursed.

5. If the statute requires or allows you to pay the deductible amount, this provision applies in place of paragraph 4 above. You will pay the deductible amounts directly to the persons entitled to them. We will be your guarantor for those payments. If we pay the deductible amount as guarantor, you must reimburse us within 30 days after we send you notice that payment is due. If you fail to reimburse us, we may cancel the policy as provided in Part Six (Conditions), Section D. Cancellation, of the policy. We may keep the amount of unearned premium that will reimburse us for the payments we made. These rights are in addition to other rights we have to be reimbursed.

## Schedule

| State | Indemnity and Medical Deductible Amount | Medical Deductible Amount | Indemnity Deductible Amount |
|---|---|---|---|
|  |  |  |  |

WC 00 06 03 (SAMPLE)
Ed. 2/1/1991

BS 965 R1
Page 2 of 2
Ed. 7/1/1993

Liberty Mutual Group

# WORKERS' COMPENSATION DISCLOSURE FORM

## IMPORTANT NOTICE TO POLICYHOLDERS

**1. Notice Of Change In Rate By Classification**

If you desire information whenever there is a change in the workers' compensation insurance rate by classification, you must request such information from your insurer. This request for information must be in writing.

**2. Notice Of Policyholders' Right To Appeal Classification**

Your insurers can charge and collect any additional amount of money not included in the initial premium charged as a result of job misclassification.

If you have any questions regarding the employee classification assigned to calculate your workers' compensation insurance premium, you need to direct your questions to your insurer or the insurer's authorized representative within thirty (30) days after the anniversary date of the policy or the date of receipt by you of notice of a change in job classification. Your insurer or the insurer's authorized representative must explain to you why a particular employee classification was used to eliminate any possible confusions within thirty (30) days after receipt of your request for information.

If you disagree with your insurer or the insurer's authorized representative on the employee classification assignment, you may appeal to the Workers' Compensation Classification Appeal Board by filing written notice with said board within thirty (30) days after you have exhausted all appeal review procedures provided by the insurer. Your request should be sent to the Secretary of the Colorado Workers' Compensation Classification Appeals Board, %National Council on Compensation Insurance, INC. (NCCI), 7220 West Jefferson Avenue, Suite 310, Lakewood, CO 80235. Written instructions for your appearance before the Colorado Workers' Compensation Classification Appeals Board will be furnished by the Secretary of the board. The board will render a decision as to whether a misclassification has occurred.

A decision by the board is final and not subject to appeal unless you, the insurer or the Colorado Compensation Insurance Authority provides written notice of appeal within thirty (30) days after the board's decision to the office of the Commissioner of Insurance, 1560 Broadway, Suite 850, Denver, CO 80202. The Commissioner shall review any decision of the board properly appealed.

GPO 4113 R1
Page 1 of 2
Ed. 04/01/2001

## WORKERS' COMPENSATION DISCLOSURE FORM

## IMPORTANT NOTICE TO POLICYHOLDERS

### 3. Notice Of Availability Of Medical Case Management Services

Medical Case Management can be defined as a collaborative process that assesses, plans, implements, coordinates, monitors and evaluates options and services to meet the injured worker's health needs. We offer a variety of Medical Case Management services in Colorado, such as:

- Telephonic Case Management
- On Site Case Management
- Catastrophic Case Management
- @Work Program

If you want information on any of these programs, contact your claims office.

Policy Number

WC7-661-065726-010

Policyholder's Name and Address

Southwest Traders Incorporated
and as Per Named Insured Endorsement 1

27711 Diaz Rd
Temecula, CA 92590-3425

Sales Office

LOS ANGELES, CA      0603

**GPO 4113 R1**
Page 2 of 2
Ed. 04/01/2001



Liberty Mutual Insurance Group/Boston

# IMPORTANT NOTICE

To obtain information or make a complaint:

You may contact Liberty Mutual at:

2100 WALNUT HILL LANE
P.O. BOX 152067
IRVING, TX. 75015-2067
TELEPHONE (972)-550-7899

You may call Liberty Mutual's toll-free telephone number for information or to make a complaint at:

**1-800-443-2692**

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance

**P.O. Box 149104
Austin, TX 78714-9104
Fax # (512) 475-1771**

## PREMIUM OR CLAIM DISPUTES:

Should you have a dispute concerning your premium or about a claim you should contact the agent or the company first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

## ATTACH THIS NOTICE TO YOUR POLICY:

This notice is for information only and does not become a part or condition of the attached document.

GPO 4170 R1
Page 1 of 1

# CALIFORNIA WORKERS' COMPENSATION

## NOTICE TO POLICYHOLDERS

**INSURANCE RATING LAWS**

Pursuant to Section 11752.8 of the California Insurance Code, we are providing you with an explanation of the California workers' compensation rating laws.

1. We establish our own rates for workers' compensation. Our rates, rating plans, and related information are filed with the Insurance Commissioner and are open for public inspection.

2. The Insurance Commissioner can disapprove our rates, rating plans, or classifications only if he or she has determined after public hearing that our rates might jeopardize our ability to pay claims or might create a monopoly in the market. A monopoly is defined by law as a market where one insurer writes 20% or more of that part of the California worker's compensation insurance that is not written by the State Compensation Insurance Fund. If the Insurance Commissioner disapproves our rates, rating plans, or classifications, he or she may order an increase in the rates applicable to outstanding policies.

3. Rating organizations may develop pure premium rates that are subject to the Insurance Commissioner's approval. A pure premium rate reflects the anticipated cost and expenses of claims per $100 of payroll for a given classification. Pure premium rates are advisory only, as we are not required to use the pure premium rates developed by any rating organization in establishing our own rates.

4. We must adhere to a single, uniform experience rating plan. If you are eligible for experience rating under the plan, we will be required to adjust your premium to reflect your claim history. A better claim history generally results in a lower experience rating modification; more claims, or more expensive claims, generally result in a higher experience rating modification. The uniform experience rating plan, which is developed by the insurance rating organization designated by the Insurance Commissioner, is subject to the approval of the Insurance Commissioner.

5. A standard classification system, developed by the insurance rating organization designated by the Insurance Commissioner, is subject to approval by the Insurance Commissioner. The standard classification system is a method of recognizing and separating policyholders into industry or occupational groups according to their similarities and/or differences. We can adopt and apply the standard classification system or develop and apply our own classification system, provided we can report the payroll, expenses, and other costs of claims in a way that is consistent with the uniform statistical plan or the standard classification system.

6. Our rates and classifications may not violate the Unruh Civil Rights Act or be unfairly discriminatory.

7. We will provide an appeal process for you to appeal the way we rate your insurance policy. The process requires us to respond to your written appeal within 30 days. If you are not satisfied with the result of your appeal, you may appeal our decision to the Insurance Commissioner.

GPO 4570 R7
Page 1 of 6
Ed. 09/01/2009
Copyright 2009 Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

# CALIFORNIA WORKERS' COMPENSATION

# NOTICE TO POLICYHOLDERS

### NOTICE OF NONRENEWAL

Section 11664 of the California Insurance Code requires us, in most instances, to provide you with a notice of nonrenewal.  Except as specified in paragraphs 1 through 6 below, if we elect to nonrenew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the nonrenewal of the policy.  The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period.  If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

We are not required to provide you with a notice of nonrenewal in any of the following situations:

1.  Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2.  The policy was extended for 90 days or less and the required notice was given prior to the extension.

3.  You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4.  The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5.  You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6.  We made a written offer to you to renew the policy at a premium rate increase of less than 25 percent.

    A.  If the premium rate in your governing classification is to be increased 25 percent or greater and we intend to renew the policy, we shall provide a written notice of a renewal offer not less than 30 days prior to the policy renewal date.  The governing classification shall be determined by the rules and regulations established in accordance with California Insurance Code Section 11750.3(c).

    B.  For purposes of this notice, "premium rate" means the cost of insurance per unit of exposure prior to the application of individual risk variations based on loss or expense considerations such as scheduled rating and experience rating.

This notice does not change the policy to which it is attached.

GPO 4570 R7
Page 2 of 6
Ed. 09/01/2009
Copyright 2009 Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

# CALIFORNIA WORKERS' COMPENSATION

## NOTICE TO POLICYHOLDERS

YOUR RIGHT TO RATING AND DIVIDEND INFORMATION

I.   INFORMATION AVAILABLE TO YOU

    A.  **Information Available from Us -** Liberty Insurance Corporation

       1.   General questions regarding your policy should be direct to
           Division Underwriting Manager
           12657 Alcosta Blvd Suite 200
           San Ramon, CA 94583

       2.   **DIVIDEND CALCULATION.**  If this is a participating policy (a policy on which a dividend may be paid), upon payment or non-payment of a dividend, we shall provide a written explanation to you that sets forth the basis of the dividend calculation.  The explanation will be in clear, understandable language and will express the dividend as a dollar amount and as a percentage of the earned premium for the policy year on which the dividend is calculated.

       3.   **CLAIMS INFORMATION.**  Pursuant to Sections 3761 and 3762 of the California Labor Code, you are entitled to receive information in our claim files that affects your premium. Copies of documents will be supplied at your expense during reasonable business hours.

          For claims covered under this policy, we will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau (WCIRB) no later than twenty months after the policy becomes effective.  The cost of any settled claims will also be reported at that time.  At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim.  The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating.

    B.  **Information Available from the Workers' Compensation Insurance Rating Bureau of California**

       1.   The WCIRB is a licensed rating organization and the California Insurance Commissioner's designated statistical agent. As such, the WCIRB is responsible for administering the *California Workers' Compensation Uniform Statistical Reporting Plan - 1995* (USRP) and the *California Workers' Compensation Experience Rating Plan - 1995* (ERP). Contact information for the WCIRB is: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Customer Service. You may also contact WCIRB Customer Service at 1-888-229-2472, by fax at 415-778-7272, or via the Internet at the WCIRB's website: http://www.wcirbonline.org. The regulations contained in the USRP and the ERP are available for public viewing through the WCIRB's website.

       2.   **POLICYHOLDER INFORMATION.** Pursuant to California Insurance Code (CIC) Section 11752.6, upon written request, you are entitled to information relating to loss experience, claims, classification assignments, and policy contracts, as well as rating plans, rating systems, manual rules, or other information impacting your premium that is maintained in the

GPO 4570 R7
Page 3 of 6
Ed. 09/01/2009

Copyright 2009 Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

# CALIFORNIA WORKERS' COMPENSATION

## NOTICE TO POLICYHOLDERS

records of the WCIRB. Complaints and Requests for Action requesting policyholder information should be forwarded to: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Custodian of Records. The Custodian of Records can be reached by telephone at 415-777-0077 and by fax at 415-778-7272.

## II. DISPUTE PROCESS

You may dispute our actions or the actions of the WCIRB pursuant to CIC Sections 11737 and 11753.1.

A. **Our Dispute Resolution Process.** If you are aggrieved by our decision adopting a change in a classification assignment that results in increased premium, or by the application of our rating system to your workers' compensation insurance, you may dispute these matters with us. If you are dissatisfied with the outcome of the initial dispute with us, you may send us a written Complaint and Request for Action as outlined below.

You may send us a written Complaint and Request for Action requesting that we reconsider a change in a classification assignment that results in an increased premium and/or requesting that we review the manner in which our rating system has been applied in connection with the insurance afforded or offered you. Written Complaints and Requests for Action should be forwarded to: Ms. Betsy Dugdale, Division Underwriting Manager, 12657 Alcosta Blvd Suite 200, San Ramon, CA 94583, (phone) 925-275-2152 extension 34960, (E-Mail) Elizabeth.Dugdale@LibertyMutual.com .

After you send your Complaint and Request for Action, we have 30 days to send you a written notice indicating whether or not your written request will be reviewed. If we agree to review your request, we must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If we decline to review your request, if you are dissatisfied with the decision upon review, or if we fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below.

B. **Disputing the Actions of the WCIRB.** If you have been aggrieved by any decision, action, or omission to act of the WCIRB, you may request, in writing, that the WCIRB reconsider its decision, action, or omission to act. You may also request, in writing, that the WCIRB review the manner in which its rating system has been applied in connection with the insurance afforded or offered you. For requests related to classification disputes, the reporting of experience, or coverage issues, your initial request for review must be received by the WCIRB within 12 months after the expiration date of the policy to which the request for review pertains, except if the request involves the application of the Revision of Losses rule. For requests related to your experience modification, your initial request for review must be received by the WCIRB within 6 months after the issuance, or 12 months after the expiration date, of the experience modification to which the request for review pertains, whichever is later, except if the request for review involves the application of the Revision of Losses rule. If the request involves the Revision of Losses rule, the time to state your appeal may be longer (see Section VI, Rule 14 of the ERP).

GPO 4570 R7
Page 4 of 6
Ed. 09/01/2009
Copyright 2009 Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

## CALIFORNIA WORKERS' COMPENSATION

## NOTICE TO POLICYHOLDERS

You may commence the review process by sending the WCIRB a written Inquiry. Written Inquires should be sent to: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Customer Service. Customer Service can be reached by telephone at 1-888-229-2472, and by fax at 415-778-7272.

If you are dissatisfied with the WCIRB's decision upon an Inquiry, or if the WCIRB fails to respond within 90 days after receipt of the Inquiry, you may pursue the subject of the Inquiry by sending the WCIRB a written Complaint and Request for Action. After you send your Complaint and Request for Action, the WCIRB has 30 days to send you written notice indicating whether or not your written request will be reviewed. If the WCIRB agrees to review your request, it must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If the WCIRB declines to review your request, if you are dissatisfied with the decision upon review, or if the WCIRB fails to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below. Written Complaints and Requests for Action should be forwarded to: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Complaints and Reconsiderations. The WCIRB's telephone number is 1-888-229-2472, and the fax number is 415-371-5204.

C. **California Department of Insurance - Appeals to the Insurance Commissioner.** If, after you follow the appropriate dispute resolution process described above, we or the WCIRB decline to review your request, if you are dissatisfied with the decision upon review, or if we or the WCIRB fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner pursuant to CIC Sections 11737, 11752.6, 11753.1 and Title 10, California Code of Regulations, Section 2509.40 et seq. You must file your appeal within 30 days after we or the WCIRB send you the notice rejecting review of your Complaint and Request for Action or the decision upon your Complaint and Request for Action. If no written decision regarding your Complaint and Request for Action is sent, your appeal must be filed within 120 days after you sent your Complaint and Request for Action to us or to the WCIRB. The filing address for all appeals to the insurance commissioner is:

Administrative Hearing Bureau
California Department of Insurance
45 Fremont Street, 22nd Floor
San Francisco, California 94105

You have the right to a hearing before the insurance commissioner, and our action, or the action of the WCIRB, may be affirmed, modified, or reversed.

GPO 4570 R7
Page 5 of 6
Ed. 09/01/2009
Copyright 2009 Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

# CALIFORNIA WORKERS' COMPENSATION

## NOTICE TO POLICYHOLDERS

III.  RESOURCES AVAILABLE TO YOU IN OBTAINING INFORMATION AND PURSUING DISPUTES

A.  **Policyholder Ombudsman.** Pursuant to California Insurance Code Section 11752.6, a policyholder ombudsman is available at the WCIRB to assist you in obtaining and evaluating the rating, policy, and claims information referenced in I.A. and I.B., above.  The ombudsman may advise you on any dispute with us, the WCIRB, or on an appeal to the insurance commissioner pursuant to Section 11737 of the Insurance Code.  The address of the policyholder ombudsman is WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Policyholder Ombudsman.  The policyholder ombudsman can be reached by telephone at 415-777-0777 and by fax at 415-778-7007.

B.  **California Department of Insurance - Information and Assistance.** Information and assistance on policy questions can be obtained from the Department of Insurance Consumer HOTLINE, 1-800-927-HELP (4357) or http://www.insurance.ca.gov. For questions and correspondence regarding appeals to the Administrative Hearing Bureau, see the contact information in paragraph II.c.

This notice does not change the policy to which it is attached.

GPO 4570 R7
Page 6 of 6
Ed. 09/01/2009
Copyright 2009 Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

# NOTICE TO OREGON WORKERS COMPENSATION
## INSURANCE POLICYHOLDERS

### DO YOU LEASE ANY OF YOUR EMPLOYEES?

If you do, you must take immediate action. The 1993 Legislature passed a comprehensive law (HB 2282) regulating the employee leasing industry. Under the new law, leasing companies must be registered and pay workers compensation insurance premiums using their clients' experience ratings. The new law also requires that as long as you maintain your own workers compensation policy you must report the payroll for all workers you employ, whether leased or direct, to your insurer. You may continue to lease workers, but it is your responsibility to provide coverage and reports for workers compensation payroll and premium purposes while your policy is in place, since your insurer is responsible for their injury claims. If you wish to lease all of your workers, and leave full responsibility with the leasing company for providing workers compensation coverage, you must cancel your current policy by giving written notice to your insurance carrier.

Again, action must be taken if you lease employees. A copy of the recently adopted state Workers Compensation Division administrative rules is available upon request. If you have any questions regarding this law or the rules, please contact

GPO 4601
Page 1 of 1
Ed. 05/01/1994



Dear Policyholder,

The California portion of this policy is issued on a non-participating basis as described by the policy endorsement which wording is shown below.  The California portion of this policy is therefore not eligible for dividends.

With respect to the insurance of risks and operations in California covered by this policy, the following language is deleted from the policy:  "This policy is classified in Dividend Class I in Company 7 Workers' Compensation and Employers' Liability," and replaced by the following:  "THIS POLICY IS ISSUED ON A NON-PARTICIPATING BASIS."

**Liberty Mutual Insurance Group/Boston**
Equal Opportunity Employer

**GPO 4614 R3**
Page 1 of 1
Ed. 01/1995

# COLORADO NOTICE TO POLICYHOLDERS

Dear Customer

The purpose of this letter is to inform you that you may qualify for a premium credit to be applied to your Colorado Workers' Compensation premium if you have implemented a "Certified Workers' Compensation Risk Management Program" and have selected a Designated Medical Provider.

A "Certified Workers' Compensation Risk Management Program" means a program which meets the Risk Management minimum standards as established in Colorado Regulation 5-3-1 and is "certified" by the Colorado Cost Containment Board located at the Colorado Division of Labor and Employment.

Minimum guidelines for implementation of a Designated Medical Provider Program are also established in Colorado Regulation 5-3-1.

Please contact the Colorado Cost Containment Board at (303) 318-8644 for more information regarding the established standards for these programs and procedures for certification.

Since the amount of premium credit may vary by customer and loss experience, please contact your service representative at Liberty Mutual for additional information.

Please acknowledge that you have received this letter and understand that you are aware that you may qualify for a premium savings under these programs by signing this notice and returning to:

LEWISTON, ME
1775 LISBON ROAD

LEWISTON, ME 04240

_____          _____
Customer Name/Title                                                              Date

WC7-661-065726-010

GPO 4740
Page 1 of 1

# GEORGIA NOTICE

The laws of the State of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

GPO 4750
Page 1
Ed. 7/2000

## OREGON INSURANCE GUARANTY ASSOCIATION SURCHARGE

Most insurers doing business in Oregon participate in the Oregon Insurance Guaranty Association.  In the event an insurer fails, the Association settles unpaid claims on behalf of consumers.  Oregon law requires that policies be surcharged directly to recover the costs of handling those claims.

If your policy is surcharged, the term "Oregon Insurance Guaranty Association Surcharge" along with an indicated dollar amount will be displayed with the statement of your surcharge.

**GPO 4844**
Page 1 of 1
Ed. 04/01/2004

## CALIFORNIA ASSESSMENTS AND SURCHARGE

Your policy contains the following assessments and surcharge applicable to your California premium:

Fraud Investigation/Prosecution Surcharge

Occupational Safety & Health Fund Assessment

Subsequent Injuries Benefits Trust Fund Assessment

Uninsured Employers Benefit Trust Fund Assessment

User Fund/WC Administrative Revolving Fund

Labor Enforcement & Compliance Fund

The Director of the Department of Industrial Relations determines the amount of these assessments and surcharges. Insurance companies are required to pay these assessments and surcharge and recover them from California policyholders based on their policy premium.

**GPO 4983 R1**
Page 1 of 1
Ed. 01/01/2010

## CALIFORNIA INSURANCE GUARANTEE ASSOCIATION (CIGA) SURCHARGE

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association.  If a company becomes insolvent, the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover these assessments.  If your policy is surcharged, "CA Surcharge" or "CA Surcharge (CIGA Surcharge)" with an amount will be displayed on your premium notice.

This notice does not change the policy to which it is attached.

SNW  04 01 09 10
Page 1 of 1
Ed. 09/01/2010

2010 Liberty Mutual Group of Companies.  All Rights Reserved



**LIBERTY MUTUAL WORKERS COMPENSATION, GROUP BENEFITS, AND HELMSMAN MANAGEMENT SERVICES, LLC PRIVACY PRACTICES DISCLOSURE NOTICE**

This Privacy Practices Disclosure Notice outlines the privacy practices for Liberty Mutual Insurance Company and its subsidiaries and affiliates listed below (collectively referred to as "Liberty Mutual"):

- Liberty Mutual Fire Insurance Company
- LM Insurance Corporation
- Liberty Insurance Company of America
- Liberty Life Assurance Company of Boston
- Employers Insurance Company of Wausau
- Wausau Business Insurance Company

- Liberty Insurance Corporation
- The First Liberty Insurance Corporation
- Liberty Northwest Insurance Corporation
- Helmsman Management Services, LLC
- Wausau General Insurance Company
- Wausau Underwriting Insurance Company

This Notice tells you:

- The categories of nonpublic personal information (NPPI) we collect from you or from a third party about you or about participants, beneficiaries or claimants under your workers compensation and/or group benefit coverage, or your employee benefit programs or plans;

- How we use NPPI;

- The categories of affiliates and non-affiliate third parties with whom we share NPPI;

- The security policies and procedures in place to protect the confidentiality and security of NPPI provided to us.

If you have questions regarding this Privacy Practices Disclosure Notice, contact us by sending an email to pstprivacy@libertymutual.com or write to us at:

**Presidential Service Team**
**Liberty Mutual Insurance Company**
**175 Berkeley Street**
**Boston, MA 02117**

If applicable, please include your policy number or contract number with any correspondence.

## 1.   INFORMATION WE MAY COLLECT

We want you to conduct business with us knowing that we protect NPPI.  We collect NPPI from you or from third parties about you or about participants, beneficiaries or claimants under your insurance coverage.  We collect NPPI from:

- Applications or other forms which may include policyholder, participant, beneficiary or claimant name, address, phone number, social security number, household information, vehicle and driver information, date of birth, medical information related to underwriting and claims, insurance coverage, and employee benefit programs or plan information;

- Your business dealings with us, our affiliates, or others, such as prior claims or accidents, medical information related to claims, information about your accident or injury (if applicable), and the names of witnesses and other contact information; and

- Consumer reporting agencies, motor vehicle departments, and inspection services.

GPO 4756 R4
Page 1 of 2
Ed. 01/01/2009

© 2009 Liberty Mutual Group of Companies.  All rights reserved.

**LIBERTY MUTUAL WORKERS COMPENSATION, GROUP BENEFITS, AND HELMSMAN MANAGEMENT SERVICES, LLC**
**PRIVACY PRACTICES DISCLOSURE NOTICE**

**2.    HOW THE INFORMATION IS USED**

We use NPPI:

- To provide policy and premium quotes;

- To underwrite applications, administer claims, and answer questions about our insurance products and services;

- For account administration and processing premium billings payments;

- To process and defend insurance claims, and administer insurance benefits (including utilization review activities);

- To report, investigate, or prevent fraud or material misrepresentation; and

- As otherwise required or permitted by federal or state law.

**3.    TO WHOM INFORMATION IS DISCLOSED**

We do not disclose NPPI about you or about participants, beneficiaries or claimants under your insurance policy, employee benefit programs or plans to anyone, unless allowed by law.  We are allowed by law to provide NPPI to:

- A third party that performs services for us, such as claims investigations or medical examinations;

- Our affiliated companies and reinsurers;

- Insurance regulators, reporting agencies or, if applicable, involuntary market administrators;

- State Motor Vehicle Departments to obtain a report of any accidents or convictions;

- Law enforcement agencies or other governmental authorities to report suspected illegal activities;

- Persons or organizations conducting insurance actuarial or research studies, subject to appropriate confidentiality agreements;

- Companies that provide marketing services on our behalf, or as part of a joint marketing agreement; and,

- As otherwise permitted or required by law.

**4.    HOW WE PROTECT INFORMATION**

We maintain physical, electronic, and procedural safeguards to guard NPPI.  These safeguards comply with applicable laws.  We retain NPPI for as long as required by law or regulation.  The only employees or agents who have access to your NPPI are those who must have it to provide products or services to you.  We do not sell your NPPI to mass marketing or telemarketing companies.

**GPO 4756 R4**
Page 2 of 2
Ed. 01/01/2009

© 2009 Liberty Mutual Group of Companies.  All rights reserved.

## LOSS CONTROL SERVICES
### IMPORTANT INFORMATION TO POLICYHOLDERS
### CALIFORNIA

Through its Loss Control Advisory Services department, Liberty Mutual Group has available to our policyholders loss control services, which we have found to be consistent with your workplace hazards.

Services available include workplace surveys to help identify health and safety problems, review of employer injury records, and development of plans to help improve employer health and safety loss records, including loss control programs pursuant to Section 6401.7 of the Labor Code.

Services required under this code are available at no additional charge to your insurance premium. To request these services, contact our Loss Control Consulting Center at 1-866-757-7324 or email CSUConsulting@LibertyMutual.com.

Workers' compensation insurance policyholders may register comments about the insurer's loss control consultation services by writing to:  State of California, Department of Industrial Relations, Division of Occupational Safety and Health, P.O. Box 420603, San Francisco, CA  94142 [ Rule T.8, Ch.3.2, Section 339.4(b)].

WC7-661-065726-010
Southwest Traders Incorporated
and as Per Named Insured Endorsement 1

27711 Diaz Rd
Temecula, CA 92590-3425

SNW 04 02 07 10
Page 1 of 1
Ed. 07/01/2010

2010 Liberty Mutual Group of Companies. All Rights Reserved

## LOSS CONTROL SERVICES
## IMPORTANT INFORMATION TO POLICYHOLDERS
## OREGON

Through its Loss Control Advisory Services department, Liberty Mutual has available to our policyholders safety consultation services, which we have found to be consistent with your workplace hazards. These services may be available to you as our policyholder at no additional cost. Services included are an on-site evaluation of your loss control service needs.

Providing a safe and healthy workplace is your responsibility, as required by the Oregon Safe Employment Act (ORS 654.001 to 654.295 and 654.991).

If you feel we have failed to respond to your request for loss control services or to provide services as offered or required, contact the OR-OSHA Division.

To obtain further information about our loss control consultation services, please contact our Loss Control Consulting Center at 1-866-757-7324 or email CSUConsulting@LibertyMutual.com.

WC7-661-065726-010
Southwest Traders Incorporated
and as Per Named Insured Endorsement 1

27711 Diaz Rd
Temecula, CA 92590-3425

SNW 36 01 07 10
Page 1 of 1
Ed. 07/01/2010

2010 Liberty Mutual Group of Companies. All Rights Reserved

# Cover Page

## LOSS CONTROL SERVICES
## IMPORTANT INFORMATION TO POLICYHOLDERS
## TEXAS WORKERS COMPENSATION

Liberty Mutual is required by law to provide its policyholders with certain accident prevention services as required by Texas Labor Code, Section 411.066, at no additional charge and return-to-work coordination services as required by Texas Labor Code Section 413.021.   If you would like more information, call Liberty Mutual's   Loss   Control   Consulting   Center   at   1-866-757-7324   or   email CSUConsulting@LibertyMutual.com for accident prevention services or return-to-work coordination services.  If you have any questions about this requirement, call the Division of Workers' Compensation, Texas Department of Insurance, at 1-800-687-7080 (formerly Division of Workers' Health and Safety, Texas Workers' Compensation Commission).

```
WC7-661-065726-010
Southwest Traders Incorporated
and as Per Named Insured Endorsement 1

27711 Diaz Rd
Temecula, CA 92590-3425
```

SNW 42 01 07 10
Page 1 of 1
Ed. 07/01/2010

2010 Liberty Mutual Group of Companies. All Rights Reserved

# ᴦouthwest Traders Incorporated

LARGE RISK ALTERNATIVE RATING OPTION ENDORSEMENT
PREMIUM DETERMINATION ENDORSEMENT

FEB 1 4 2011

The insured and insurer have mutually agreed to a Large Risk Alternative Rating Option for premium determination.
This endorsement, and no other endorsement, determines the retrospective premium for the insurance provided during the rating plan period by the polic(ies).
The terms and conditions of any applicable Deductible Endorsement(s) included with the policy(ies) are utilized in conjunction with this Large Risk Alternative Rating Option.

I. Coverage and Policies

This retrospective rating agreement applies to the following lines of insurance:

Workers' Compensation and Employers Liability

provided under the policies listed below and rewrites thereof:

Policies
WC7-661-065726-010

II. Period of the Rating Plan Agreement

This rating agreement will apply to the coverage as specified in Section I - Coverage and Policies for the period beginning 12/01/2010 and ending 12/01/2011, referred to herein as the Rating Plan Period.

III. Schedule of "Retentions"

| Line | Retention | ALAE Treatment |
|---|---|---|
| Workers' Compensation | $150,000 | Inside/Outside |

Single Line Aggregate/Minimum:

| Aggregate applies to: | WC - Incurred Retrospective | | | |
|---|---|---|---|---|
| Maximum Retained Loss is based upon a | rate per 100 WC Payroll of | 7.6648 | but not less than | 2,092,490 |

IV. Retrospective Premium Rating Formula

Insurance policies listed in the Schedule will be combined to calculate the total retrospective premium.
If the policies provide insurance for more than one insured, the retrospective premium will be determined for all insureds combined, not separately for each insured.

Retrospective Premium means the sum of the following elements, subject to minimum and maximum provisions when applicable:

In accordance with a Satisfactory Credit Review, Developed Ratable Losses, including Allocated Loss Adjustment Expense, for the first adjustment only, will be multiplied by factor of 0.85, subject to Maximum Losses.

| Variable Expenses | Basis | | Rate |
|---|---|---|---|
| Workers' Compensation | Ratable Loss and Expense | x | 0.1 |

| Non-Deductible Loss and Related Premium Tax | | | Rate |
|---|---|---|---|
| WC Non-deductible Loss and Related Premium Tax | Non-deductible "Ratable Loss" | x | 1.029 |

| Insurance Costs | Basis | | Rate |
|---|---|---|---|
| WC Combined Admin & Excess | Per 100 WC Payroll | x | 2.1332 |

| Minimum Premiums: | Applies to: | | Amounts |
|---|---|---|---|
| Incurred Retrospective | Admin/Excess for all WC | | 495,009 |

LRARO.10.3

| TRIA | Basis | Rate |
|---|---|---|
| Workers' CompensationTerrorism Risk Insurance Act | Per 100 WC Payroll | 0.027 |

The WC Terrorism Risk Insurance Act ("TRIA") Premium will be determined by the TRIA/Terrorism rate times the WC Payroll. The final premium will be subject to the audited payroll. Terrorism coverage will be subject to the terms of this rating plan and any applicable deductible endorsement.

In accordance with the Terrorism Risk Insurance Act, if an individual insurer's losses for a certified act of terrorism exceed a deductible amount specified in the Act, the federal government will reimburse the insurer for 85% of losses paid in excess of the deductible, provided that aggregate industry losses from a "certified act of terrorism" exceed $100 million.

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. Nor shall Treasury make any payment for any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

## V.   Assessments and Surcharges - Non Deductible Option

The factors shown in the attached appendixes are the currently known factors and are subject to change. The published state factor that matches the applicable policy effective date will be used to calculate the assessment or surcharge.

Appendix I: Surcharges are calculated and reflected on the policy and at audit. Billing reconciliation occurs at the first retrospective adjustment. Surcharges are not booked as premium, and appear as a separate line item on your billing documents.

Appendix II: Surcharges are subject to annual retrospective adjustment. The actual surcharge amount will change at each adjustment based upon the calculated state formula. Surcharges are not booked as premium, and appear as a separate line item on your billing documents.

Appendix III: Assessments subject to annual retrospective adjustment. The actual assessment amount will change at each adjustment based upon the calculated state formula. Assessments are booked as premium, and do not appear as a separate line item on your billing documents.

## VI.   Dates of Computation of Retrospective Premium

A. I) Variable Expense will be calculated and billed based upon Estimated Paid Losses until the 18th month. At the 1st and 2nd retrospective adjustments, Variable Expense will be calculated and billed based upon Actual Paid Losses. At the 3rd through 5th retrospective adjustments, Variable Expense will be calcuated and billed based upon Developed Incurred Losses. After the 5th retrospective adjustment, Variable Expense will be calculated and billed annually with the retrospective adjustment based upon Incurred Losses.

A. II) At the first five retrospective adjustments, Non-Deductible Loss and Related Premium Tax will be calculated and billed annually with the retrospective adjustment based upon Developed Incurred Losses. After the 5th retrospective adjustment, Non-Deductible Loss and Related Premium Tax will be calculated and billed annually with the retrospective adjustment based upon Incurred Losses.

B. We will calculate this agreement with losses valued 6 months after the expiration date or as mutually agreed using the audited exposure base and rates/factors agreed to above. This calculation will be made by us as soon as practicable after such valuation date, and annually thereafter.

C. We may make a special valuation of this agreement as of any date that any First Named Insured is declared bankrupt or insolvent, or makes an assignment for the benefit of creditors, or is involved in reorganization, receivership or liquidation, or disposes of all its interest in work covered by this agreement.

D. After each calculation if the premium computed exceeds the premium previously paid for the policies listed in Section I, you will pay the difference to us (in accordance with the Agreement for Guarantee of Deductible Reimbursement/Premium Payments. If less, we will return the difference to you (unless otherwise stated in the Agreement for Guarantee of Deductible Reimbursement/Premium Payments).

Each Named Insured covered under the policy(ies) listed in Section I is jointly and severally liable for all premiums due under this rating agreement, and for any other financial obligations of any Named Insured to us arising out of any agreements contained in the policy(ies) listed in Section I.

E. We may mutually agree with you that any calculation of the Retrospective Premium is the final calculation.

LRARO.10.3

If we make such an agreement, no other calculation will be made unless there is clerical error in the final calculation.

F.  If there is no change in your losses at any subsequent adjustment we reserve the right not to issue a complete retrospective rating plan adjustment, we will issue a letter informing you that there is no balance due.

G.  We may offer the first Named Insured a final and/or partial calculation of obligations under any one or more expired policy(ies) covered under this endorsement. The final calculation will be based upon estimates of final losses, whether or not reported, and include development of such loss and other applicable factors. If accepted by the first Named Insured, upon payment of such final calculation, the Named Insured shall no longer be responsible for such obligations. We and the first Named Insured may agree to exclude or limit any single claim, group of claims, or exposures from the final calculation. Any claims or group of claims excluded from such final amount shall continue to be subject to the terms stated in the policy, rating plan, deductible endorsement and other applicable agreements.  We and the first Named Insured may agree to additional conditions, such as limits or sublimits.

<u>VII.   Cancellation</u>

If any of the policies listed in Section I are cancelled, the rating plan will remain in effect until we mutually agree that any calculation of the Retrospective Premium is the final calculation.  If we make such an agreement, no other calculation will be made unless there is clerical error in the final calculation.

This rating plan will remain in effect, even if one or more of the policies listed in Section I are cancelled.  Minimums shown in Section III and IV will apply in the event of cancellation.

<u>VIII.   Regulatory Service Requirements</u>

We may become regulatorily required, after this policy becomes effective, to provide certain services (e.g. managed care) under the policy or to re-classify/re-code certain services under the policy in accordance with filed rating and statistical plans. If this happens, the charges made for the required services and/or re-classification of services will be consistent with filed rating and statistical plans (e.g. medical loss, indemnity loss, allocated loss adjustment expense, or unallocated loss adjustment expense)

<u>IX. Definition of Terms</u>

"Ratable Losses" are all amounts we pay for losses plus estimate that we will pay for losses within the "Retention".

At the first five adjustments, "Ratable Losses"  will be limited to the retention and then developed by the following factors before application of any rating plan formula:

| | |
|---|---|
| The first adjustment*: | 1.6030 |
| The second adjustment: | 1.2580 |
| The third adjustment: | 1.1010 |
| The fourth adjustment: | 1.0640 |
| The fifth adjustment: | 1.0450 |

*In accordance with a Satisfactory Credit Review, Developed Ratable Losses, including Allocated Loss Adjustment Expense, for the first adjustment only, will be multiplied by factor of 0.85, subject to Maximum Losses.

At all subsequent adjustments the "Ratable Losses" will not be developed.

"Retention" means the retention shown in Section III and reflects the Insured's deductible and/or loss limit corresponding to the policies shown in Section I.

The "Retention" applies regardless of the number of policy years triggered by any one occurrence or accident.  The "Retention" will be reduced proportionately with the allocation of the loss if the entire amount we pay for the occurrence does not exceed the highest occurrence limit of any of the policies triggered.

Workers' Compensation Payroll will be based upon the current available rule in the applicable WC State Manual for non NCCI states of CA, DE, MA, MI, NJ, NY, PA and TX, or the NCCI Employers Liability payroll manual, except in monopolistic state fund states where the payroll definition will be the current definition used by the state fund.  "Workers Compensation Payroll" includes Employers Liability payroll.

LRARO.10.3

"Allocated Loss Adjustment Expense" (ALAE) - All expenses allocable to a specific claim including, but not limited to, legal expenses or attorneys' fees, court costs or fees, fees for service of process, costs for depositions or examinations under oath, interest, costs for copies of any public records, transcription services, appraisal fees, cost of hospital or other medical reports, medical examinations, private investigation, surveillance, professional photography, expert witness analysis or testimony, accident reconstruction, engineering analysis, or Qualified Injured Worker determination (CA Only), as well as the charges for certain Medical Case Management Products and Services, including medical bill review, as detailed in the **Medical Case Management Products & Services Summary & Fee Schedule (MCM)** for this insurance program. The definition of Allocated Loss Adjustment Expenses does not include the charges that are designated Medical Loss in the **MCM** document.  The definition of Allocated Loss Adjustment Expenses shall be applied in compliance with any amendments to applicable law.

X.  Amendments

In an effort to clarify and match our mutually agreed-upon sold program with this LRARO, we may need to amend this endorsement. We will notify you of any such amendments made to this LRARO agreement.  Amendments to this LRARO agreement are deemed a part of this agreement if not signed by you within 60 days unless you have notified us to the contrary in writing.

During the rating plan period, we may revise coverage or provide additional services at your request that result in additional premium. Premium for those coverages or services may be billed at that time or included in your rating plan adjustment, even if this Rating Plan Agreement is not revised.

Accepted by: _____ VP HR & Risk 2/1/11
             (Insured)          (Title)                    (Date)
             (Proprietor, Partner or Authorized Officer of Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Justin L. Quackenbush and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

## EDCV12- 2151 JLQ (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[✓] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Liberty Insurance Corporation, an Illinois Corporation | Southwest Traders Incorporated, a California Corporation |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): Suffolk County, Massachusetts | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): Riverside County, California |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Frank Falzetta, Esq/Scott Sveslosky, Esq Sheppard, Mullin, Richter & Hampton LLP 333 South Hope Street, 43rd Floor Los Angeles, California 90071 (213) 620-1780 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT: $** 851,726.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §§ 1331, 1441. Diversity Action. Breach of contract. Plaintiff seeks to recover from Defendant premiums and assessments due under an insurance policy issued by Plaintiff to Defendant.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☒ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty ☐ 540 Mandamus/ Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | ☐ 865 RSI(405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number:

ED CV 12 - 02151 JLQ (OPx)

DEC - 6

CV-71 (07/05)                CIVIL COVER SHEET                Page 1 of 2

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET
**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
Liberty Insurance Corporation, incorporated in the State of Illinois with its principal place of business in Boston, Massachusetts.

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
Southwest Traders Incorporated, incorporated in the State of California with its principal place of business in Temecula, Riverside County

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
Riverside County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** Scott Sveslosky, Esq.          Date December 6, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.USCourtForms.com