UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY INSURANCE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHWEST TRADERS INCORP., <br><br> Defendant. | NO. ED CV-12-02151-JLQ <br><br> **ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |

The court has considered the Joint Motion for Entry of Stipulated Protective Order (ECF No. 12) concerning Liberty's underwriting file for the Southwest Trader's account and the assertion that such file contains confidential and proprietary information pertaining *inter alia* to pricing models, calculations, and account strategy. Good cause appearing therefore, **IT IS HEREBY ORDERED** that the Stipulated Protective Order is entered in this action.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 7th day of March, 2013.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1

ORDER - 2