JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY INSURANCE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHWEST TRADERS INCORP., <br><br> Defendant. | NO. ED CV-12-02151-JLQ <br><br> **ORDER RE: STIPULATION OF DISMISSAL and CLOSING FILE** |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 62) in which the parties agree to dismissal of their respective claims with prejudice and without an award of costs to either party. Accordingly,

**IT IS HEREBY ORDERED:**

1. Liberty's Complaint and the claims therein shall be dismissed with prejudice as to all parties and claims for relief, with each party bearing its own attorney's fees and costs.

2. Southwest's Counterclaim and the claims there shall be dismissed with prejudice as to all parties and claims for relief, with each party bearing its own attorney's fees and costs.

3. The court retains jurisdiction to enforce the terms of the parties' December 13, 2013 Confidential Settlement Agreement and Mutual Release (the "Agreement"), to resolve any disputes regarding the Agreement, and to order any appropriate remedy, including entering and enforcing a final judgment, if a party fails to comply with the terms of the Agreement.

4. The parties have agreed that in any dispute between the parties regarding the

ORDER - 1

Agreement, the court may award the prevailing party its reasonable attorneys' fees and costs.

5. All remaining pretrial deadlines as set in the court's Scheduling Order (ECF No. 50) are hereby **VACATED**. The pretrial conference date of March 7, 2014, and trial date of March 18, 2014, are both hereby **STRICKEN**.

6. The Clerk is hereby directed to **close this file**.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order, furnish copies to counsel, and close this file.

Dated December 18, 2013.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
       SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2